IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEVEN ANTHONY GOFORTH, *
Plaintiff
*
v. Case No. DKC-26-1610
*
LYFT, INC, *
Defendant
*

<u>O R D E R</u>

Pursuant to the Court's requirement that members of the bar make themselves available from time to time to act as *pro bono* counsel, it is this 9th day of October, 2026 HEREBY ORDERED:

1. Alan Burton Neurick, of the firm Neurick, LLC, 400 East Pratt Street, Suite 800, Baltimore, MD 21202, 877-525-7890, is APPOINTED to represent Plaintiff in the above-captioned civil action for the limited purpose of representation at settlement conference, which will be scheduled by separate Order, without compensation, except as allowed by any applicable statute and except that allowable expenses may be reimbursed <u>in accordance with Appendix C to the Local Rules.</u> ***<u>Expenses are limited to a total of $15,000 per case unless otherwise requested by counsel with advance approval by the presiding judge and the Court's Attorney Admissions Fund Committee</u>*****.**

2. Said attorney may file a Motion for Reconsideration of this appointment within fourteen (14) days of this Order and show good cause why he is unable to accept the appointment. Such motion shall be filed electronically with the undersigned judge, but may, at the option of the attorney, be filed using the "ex parte" function in CM/ECF (see <u>Ex Parte Matters</u> in the <u>Electronic Case Filing Civil Procedures</u>).

.

3. In order to assist in performing a conflict check, the Clerk shall provide counsel a copy of the docket sheet and the initial complaint, along with the form to Request Reimbursement of Expenses. Insofar as possible, a brief written synopsis of the case may also be provided to counsel.

4. The Clerk shall enter the appearance of counsel.

/s/
Timothy J. Sullivan
United States Magistrate Judge

**Instructions for Pro Bono Counsel**

1. Documents previously filed in this case are available electronically through PACER. Counsel is eligible to obtain an exempt PACER account for use on this case. To register for a PACER account, go to www.pacer.uscourts.gov . A copy of this order must be emailed to PACER@PSC.USCOURTS.GOV. Counsel should use their email address on file with PACER. Unless otherwise ordered by the Court, this fee exemption is valid for one year from the date of this order. Counsel should request an extension of this order at least ten days before its expiration if they wish to continue the fee exemption.

2. If you are not a CM/ECF user with this court, you must complete an on-line registration form. Go to the Court's website, www.mdd.uscourts.gov , from the **CM/ECF** tab, select **CM.ECF Registration – Attorney Registration Form**, complete the form and **Submit**. Information about electronic filing procedures and requirements is available on the website. Please note that if this case is subject to electronic filing, any documents submitted for filing in paper format may be returned to you. The Court does not mail paper copies of orders and other documents that are filed electronically.

3. Requests for Reimbursement of Expenses - Upon completion of the form, file the request electronically in **CM/ECF** using the **Request by Court-Appointed Counsel for Reimbursement of Expenses Event** under **Other Filings/Other Documents**.

4. If this appointment is to represent a litigant currently housed in a prison facility, please be sure to include the inmate's identification number on the envelope to ensure any mailings are delivered to the inmate.