**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | |
|---|---|
| STEVEN ANTHONY GOFORTH, and<br>RIDERTAINMENT LLC (Count VII only),<br>Plaintiffs, | Civil Action No. 8:26-cv-01610-DKC |
| v. | JURY TRIAL DEMANDED |
| LYFT, INC.,<br>Defendant. | Hon. Deborah K. Chasanow |

# INDEX OF EXHIBITS TO THE FIRST AMENDED COMPLAINT

Each exhibit listed below is newly added (Local Rule 103.6.b). Each exhibit's pages are stamped "Exhibit X, Page n of m." Where Plaintiff marked passages, the page says what is highlighted.

## EXHIBITS


| Tab | Exhibit and what it shows | Pages of this PDF | Cited at ¶ |
|---|---|---|---|
| **1** | **Plaintiff's Exhibit 1**<br>Timing table of Lyft's holds; the thirteen emails between Lyft and Mr. Goforth, April 25 to October 27, 2023, in order, each set beside the words of Md. Code, State Gov't § 20-304; three later Count VIII pages | **3 to 23** | 22, 25A, 26A, 28, 30, 64, 69A, 70, 72A, 77C, 84A, 85C |
| | Timing table of Lyft's holds, 2019 to 2023 ........ **Page 1** | | |
| | Apr. 25, 2023, 5:40 PM. Lyft Support places the hold ........ **Page 2** | | |
| | Apr. 26, 2023, 6:51 AM. Mr. Goforth's first attempt to cure ........ **Page 3** | | |
| | May 3, 2023, 12:23 PM. Juan Luis enters the case ........ **Page 4** | | |
| | May 3, 2023, 1:51 PM. Mr. Goforth's reply ........ **Page 5** | | |
| | May 5, 2023, 11:03 AM. Mr. Goforth follows up ........ **Page 6** | | |
| | May 6, 2023, 10:10 AM. Juan Luis: the deactivation, and Lyft's four earlier emails ........ **Pages 7 to 10** | | |
| | July 14, 2023, 9:25 AM. Jeremy, Specialist: the decision is final ........ **Page 11** | | |
| | July 14, 2023, 12:57 PM. Mr. Goforth answers the Specialist ........ **Page 12** | | |
| | July 14, 2023, 2:40 PM. Jeremy: the same words ........ **Page 13** | | |
| | July 14, 2023, 3:21 PM. Mr. Goforth: each "final" is more documentation ........ **Page 14** | | |
| | July 14, 2023, 3:31 PM. Jeremy: the same answer a third time ........ **Page 15** | | |
| | Oct. 26, 2023, 1:02 AM. Celidey, Lyft Support: the process reopened ........ **Page 16** | | |
| | Oct. 27, 2023, 1:03 PM. Jonas: the decision overturned, 185 days after the hold ........ **Page 17** | | |
| | Oct. 7 and 21, 2026. Arbitration opt-out notice no. 4; ECF 23 and 23-1 ........ **Page 18** | | |
| | Aug. 2, 2025, 8:51 AM. Maria, Lyft Support ........ **Page 19** | | |
| | Support chat history: the 1,244-day gap ........ **Page 20** | | |
| **2** | **Plaintiff's Exhibit 2**<br>RideShare DJ marketing materials: Google Play Store images and the Marketing Video transcript; summary chart of the Users Guide; the postcard, front and back | **24 to 31** | 20, 21, 79A |
| **3** | **Plaintiff's Exhibit 3**<br>RiderTainment LLC records and Platform Cost Specification Sheet; APDJ Projected Offering Schedule and System Diagram | **32 to 42** | 7A, 13, 78, 79, 81B |
| **4** | **Plaintiff's Exhibit 4**<br>RideShare Radio Network host biography page | **43 to 44** | 14 |
| **5** | **Plaintiff's Exhibit 5**<br>Social Security Administration Notice of Award, pages 1, 3 and 6, payment amounts redacted | **45 to 48** | 61 |

# INDIVIDUAL VIOLATOR SUMMARY

Each person to whom Exhibit 1 assigns a violation, tested against Md. Code, State Gov't § 20-304 (Count VIII), with the dates and the Exhibit 1 pages where it is shown.

| Violation assigned to | Violation | When | Count | Exhibit 1 |
|---|---|---|---|---|
| **Elizabeth**<br>*Lyft Support* | Denial of service; denial of rights; denial of access | Apr. 25 to 26, 2023 | VIII, 8A | **pp. 2 to 3** |
| **Juan Luis**<br>*Lyft Support* | Denial of service, including suppression; denial of rights; denial of access; unequal treatment | Apr. 26 to May 6, 2023 | VIII, 8A | **pp. 3 to 10** |
| **Jeremy**<br>*Specialist, Lyft Safety Department* | Denial of rights; denial of service, including suppression | July 14, 2023 | VIII, 8A | **pp. 11 to 15** |
| **Celidey**<br>*Lyft Support* | Process reopened (the invitation of April 25 offered again) | Oct. 26, 2023 | VIII, 8A | **p. 16** |
| **Jonas**<br>*Trust and Safety team, Lyft* | Compliance credited: Terms applied; access restored | Oct. 27, 2023 | VIII, 8A | **p. 17** |
| **Jeannie Lieu**<br>*Declarant for Lyft*<br>**Sarah A. Belger**<br>*Counsel for Lyft* | Denial of service: suppression (arbitration opt-out notice no. 4 left out of Lyft's filing) | Oct. 7 and 21, 2026 | VIII, 8A | **p. 18** |
| **Maria**<br>*Lyft Support* | Denial of service: disability. His request was not forwarded to the department that handles accessibility and disability; the email states no referral and no follow-up | Aug. 2, 2025 | VIII, 8B | **p. 19** |
| **Lyft**<br>*Support chat history* | Denial of service: access to app data (1,244 days of support messages deleted) | Nov. 3, 2022 to Mar. 31, 2026 | VIII, 8C | **p. 20** |

Steven Anthony Goforth
2026-28 Declared Congressional Candidate
United States House of Representatives
Virginia's 10th Congressional District
FEC Committee ID: C00941302
FEC Candidate ID: H6VA10241
42020 Village Center Plaza, Suite 120-721
Aldie, Virginia 20105
Campaign: campaign@stevengoforth.com
Case and Service: theuppityninja@gmail.com

Date: ______________________

# PLAINTIFF’S EXHIBIT 1

The emails between Lyft and Mr. Goforth, April 25 to October 27, 2023

A table of the holds on his account, then each email between Lyft and Mr. Goforth in date order, with Lyft’s words quoted. Also Lyft’s October 2026 filing on his arbitration opt-out notice, Lyft Support’s August 2, 2025 email, and his support chat history.

THE TIMING OF LYFT'S HOLDS ON MR. GOFORTH'S DRIVER ACCOUNT, 2019 TO 2023 (PACIFIC TIME, FROM THE TIMESTAMPS IN LYFT'S EMAILS)

## Lyft lifted four earlier holds in 12 hours 48 minutes to 28 hours 23 minutes. The hold it placed on April 25, 2023 lasted 185 days.

| Incident | Hold placed | Allegation first stated to Mr. Goforth | Lyft's reply to Mr. Goforth's account | Outcome | Hold to outcome |
|---|---|---|---|---|---|
| **April 2019** | Apr 6, 2019 10:01 PM | In the hold email itself | A phone call. The Apr 7 email says "Thank you for speaking with me." | Reactivated Apr 7, 2019, 10:49 AM | **12 h 48 m** |
| **October 2020** | Oct 18, 2020 8:44 AM | Oct 18, 10:31 AM, 1 h 47 m later, with a phone attempt | Mr. Goforth wrote Oct 18, 2:50 PM. Lyft answered Oct 19, 1:07 PM, 22 h 17 m later. | Reactivated Oct 19, 2020, 1:07 PM | **28 h 23 m** |
| **November 2021** | Nov 6, 2021 5:57 PM | In the hold email itself | Mr. Goforth wrote 7:29 PM. Lyft answered 7:53 PM, 24 minutes later. | Reactivated Nov 7, 2021, 6:06 AM | **13 h 9 m** Pacific time; clocks changed Nov 7, 2021 |
| **August 2022** | Aug 8, 2022 8:26 AM | Not stated in the file. The email says only "potential violation." | Reversed before Mr. Goforth wrote. He asked a question Aug 9; Lyft answered Aug 10, 24 h later. | Reactivated Aug 9, 2022, 10:36 AM, "processed in error" | **26 h 10 m** |
| **April 2023** | Apr 25, 2023 5:40 PM | May 3, 12:23 PM, 7 d 18 h 43 m later | Mr. Goforth wrote Apr 26, 6:51 AM and got no reply for 7 d 5 h 32 m. After his May 3 answer, Lyft decided May 6, 10:10 AM, 2 d 20 h 19 m later. | Permanent May 6, 2023. Reactivated Oct 27, 2023, 1:03 PM | **10 d 16 h 30 m to permanent; 185 days in all** |

### APRIL 25 TO OCTOBER 27, 2023, IN ORDER

| Date and time | What happened | Exhibit 1 page |
|---|---|---|
| **Apr 25, 2023, 5:40 PM** | Elizabeth places the hold. The email states no allegation. | 2 |
| **Apr 26, 2023, 6:51 AM** | Mr. Goforth answers and asks Lyft to act on his behalf. No reply for 7 days 5 hours 32 minutes. | 3 |
| **May 3, 2023, 12:23 PM** | Juan Luis states the allegation for the first time, 7 days 18 hours 43 minutes after the hold. | 4 |
| **May 3, 2023, 1:51 PM** | Mr. Goforth answers. | 5 |
| **May 5, 2023, 11:03 AM** | Mr. Goforth asks for a decision. | 6 |
| **May 6, 2023, 10:10 AM** | Juan Luis: the deactivation is permanent, 10 days 16 hours 30 minutes after the hold. | 7 to 10 |
| **Jul 14, 2023** | Jeremy writes "will remain final" at 9:25 AM, 2:40 PM and 3:31 PM. Mr. Goforth writes at 12:57 PM and 3:21 PM. | 11 to 15 |
| **Oct 26, 2023, 1:02 AM** | Celidey writes to Mr. Goforth. | 16 |
| **Oct 27, 2023, 1:03 PM** | Jonas reactivates the account. Day 185. | 17 |

**WHERE THIS TABLE IS PLEADED: THE FACTS, EARLIER HOLDS AND THE APRIL 2023 HOLD (¶¶30 to 39)**
Each date and time is taken from Lyft's own emails. The emails for the April 25 to October 27, 2023 sequence follow, one to a page.

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.

**Lyft** <support@lyft-new.zendesk.com>  Tue, Apr 25, 2023 at 5:40 PM
Reply-To: Lyft <support+id198574568@lyft-new.zendesk.com>
To: Steven Goforth <mrg4th@gmail.com>

##- Please type your reply above this line -##

Your request (198574568) has been received and is being reviewed by our support staff.

To add additional comments, reply to this email.

**Elizabeth** (Lyft)
Apr 25, 2023, 5:40 PM PDT

Hi Steven,

I'm reaching out to let you know your driver account has been put on hold. We're looking into a potential violation of our Terms of Service.

I know this takes you off the road and my goal is to get back to you as quickly as possible. I'll reach out with more details soon.

**What happens next?**
A specialist from our Trust and Safety team will be assigned to your case. They'll reach out by phone and email and keep you up to date.

**How long will this take?**
Most cases can be responded to within the business day. However, it may take longer to get back to you if further investigation is needed.

**Who can I reach out to?**
You can respond directly to this email or any of the follow-up emails we send.
For privacy reasons, team members at the Hub or local office, including our support line, can't assist with deactivation reviews of this nature.

**What can I do while I wait?**
If you have any information that you think may help the team regarding this decision, please feel free to respond directly to this email. This would include any video's, police reports, or any other information relating to the incident that you feel is necessary to assist in this review.

If you are wondering why your account would be deactivated, please review our Community

We'll do everything we can to support you as we resolve this case. We really appreciate your patience at this time.

Best,

This email is a service from Lyft. Delivered by Zendesk

[PZ9WEM-DZD6L]

LYFT *Reproduced at about 56 percent of the original email's size. The original is held by Plaintiff.*

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.

## APRIL 25, 2023, 5:40 PM PDT

# Elizabeth, Lyft Support, puts the account on hold for a potential violation she does not describe and promises that a Trust and Safety specialist will reach out by phone and email.

### WHAT THIS EMAIL DID TO MR. GOFORTH'S ACCESS (HIS ACCOUNT)

Lyft called it a **hold** and a "potential violation," never a deactivation, and named no conduct. Section 16 gives notice of the "potential or actual deactivation" and an opportunity to cure, and that period starts at the hold. With no conduct named and no cure step given, he had nothing he could cure.

The email then shut the doors that were left. It told him the Hub, the local office and the support line "can't assist," in effect telling him not to go there, although the Hub exists for drivers, not passengers. It gave no Trust and Safety telephone number, only a promise that a specialist would reach out.

### THE MARYLAND TEST, SET BESIDE LYFT'S WORDS

| Violation assigned to | Words of Md. Code, State Gov't § 20-304 | Words from Lyft, email of April 25, 2023 | Count |
|---|---|---|---|
| **Elizabeth, Lyft Support**<br>**Denial of service**<br>A hold with no conduct named, so nothing to cure. | an **agent or employee** of the owner or operator may not refuse, **withhold from**, or **deny** to any person any of the **advantages** … or **privileges** | "I'm reaching out to let you know your driver account has been put on hold. We're looking into a potential violation of our Terms of Service." | **VIII, 8A** |
| **Elizabeth, Lyft Support**<br>**Denial of rights**<br>A specialist promised, no number given, no way to reach one. | may not refuse, **withhold from**, or **deny** … any of the **accommodations**, advantages, facilities, or **privileges** | "A specialist from our Trust and Safety team will be assigned to your case. They'll reach out by phone and email and keep you up to date." | **VIII, 8A** |
| **Elizabeth, Lyft Support**<br>**Denial of access**<br>The Hub, the drivers' place, closed to him. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | "For privacy reasons, team members at the Hub or local office, including our support line, can't assist with deactivation reviews of this nature." | **VIII, 8A** |

### LYFT'S TERMS OF SERVICE, DECEMBER 12, 2022, SECTION 16 (WAYBACK COPY OF APRIL 14, 2023)

***"…you will be given notice of the potential or actual deactivation and an opportunity to attempt to cure the issue to Lyft's reasonable satisfaction prior to Lyft permanently terminating the Agreement."***

***"…For all other breaches of this Agreement, you will be provided notice and an opportunity to cure the breach."***

**WHERE THIS EMAIL IS PLEADED: COUNT III, NEGLIGENCE (¶74A)**
*"When Lyft placed the hold, it wrote that '[a] specialist from our Trust and Safety team will be assigned to your case,'"*

**AND COUNT VI, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (¶77B)**
*"Lyft wrote on April 25, 2023 that a specialist from its Trust and Safety team would 'reach out by phone and email and keep you up to date'"*

Also pleaded in the facts (¶22, ¶26A, ¶35), Count I (¶72A), Count IV (¶75C), Count V (¶76A), Count VII (¶80) and Count VIII (¶83B).

**Read Moore** <mrg4th@gmail.com> Wed, Apr 26, 2023 at 6:51 AM
To: Lyft <support+id198574568@lyft-new.zendesk.com>

Hello Elizabeth I hope you're well today. This is Steven Goforth, I'm a 5.0 driver on the platform. It's strange because most passengers are very nice people and I enjoy having them ride with me.

But from time to time there are passengers that will do things that are very out of the usual, and I would just consider this to be one of those times. In other words, from my understanding, this type of thing happens to almost every driver, no exceptions.

I'm curious to see exactly what this passenger is trying to achieve by causing me discomfort and loss of income. And when this situation has come to pass, I'd like to see Lyft take action to remove that passenger off of the platform before they cause any more economic damage to other drivers.

I do my best to follow the rules and policies of the platform. It's a balancing act, because I'm alone in my vehicle, with strangers sitting behind me, therefore I have to be aware of all situations. However, this situation seems to be a little bit more passively aggressive than the typical passenger who may exhibit bad or lewd behavior.

The platform rules are very important to me and even in situations where I could just decide to earn the money, I choose to enforce the rules when there are passengers that do not have a child safety seat, I declined those passengers, then I tell them about Lyft's policies. I even have underaged passengers who call me to their high school or junior high school, and then I tell them lyfts policy about unaccompanied minors and then I decline the ride.

I appreciate working on The lyft platform, I enjoy the freedom and I enjoy the ability to control my own schedule. However, it seems like there was a passenger who believes that they have been discriminated against. And that's the strangest thing I've ever heard of because I'm not their employer, and did I perform my task and my duty of picking them up, on time, and safely taking them to their destination. So I can't imagine what type of authority I had over this passenger to discriminate against them.

Either way, I trust Lyft, an incidences where there have been passengers who have done inappropriate things in the past, Lyft is always very fair and objective, so I'm just going to wait for the decision to be made.

I am following up with the definition, of discrimination. Because I need to know if there was anything that I have done that falls within the parameters of the definition of discrimination. And if what the passenger is reporting doesn't fall within these parameters, I would expect for Lyft to react on my behalf and de-platform that passenger. Here are the definitions:

1. The unjust or prejudicial treatment of different categories of people, especially on the grounds of ethnicity, age, sex, or disability

2. Recognition and understanding of the difference between one thing and another. Discrimination between right and wrong for an example.

To my recollection, neither of The aforementioned apply to me, or any actions taking place during the ride in reference to the passenger who has made this unfounded claim about any actions on my behalf.

Get BlueMail for Android
[Quoted text hidden]

**MR. GOFORTH** *Reproduced at about 56 percent of the original email's size. The original is held by Plaintiff.*

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.

**APRIL 26, 2023, 6:51 AM PDT**

## Mr. Goforth answers Elizabeth's invitation 13 hours after the hold, declares the claim against him untrue and unfounded, and asks her to act on his behalf.

**WHAT BECAME OF MR. GOFORTH'S FIRST ATTEMPT TO CURE (HIS ACCOUNT)**

This email was Mr. Goforth's first attempt to cure, his reply to Elizabeth's invitation to send any information that might help the team's decision. He told Lyft he is a 5.0 driver who follows its rules, declared the assertion against him untrue and unfounded and, having breached no policy, could see only a false claim by the passenger, so he asked Elizabeth to act on his behalf and remove that passenger from the platform, the consequence he understood Lyft's Terms to attach to discrimination. Then came seven days with no reply, with bills starting to come due. On May 3, **an unknown individual named Juan Luis intercepted the conversation.** Nothing Mr. Goforth had reported was taken up, and Elizabeth was never heard from again, her name never spoken. What he submitted, as Lyft had invited, was suppressed, because the conversation did not continue on the information he gave. It was as if it had never happened. Juan Luis's own words are on the next page.

**THE MARYLAND TEST, SET BESIDE LYFT'S WORDS**

| Violation assigned to | Words of Md. Code, State Gov't § 20-304 | Words from Lyft | Count |
|---|---|---|---|
| **Elizabeth, Lyft Support**<br>**Denial of service: suppression**<br>Invited his reply, then left his cure unacknowledged. | may not refuse, **withhold from**, or **deny** to any person any of the … **advantages**, facilities, or **privileges** | Elizabeth, April 25: "If you have any information that you think may help the team regarding this decision, please feel free to respond directly to this email." | **VIII, 8A** |
| **Juan Luis, Lyft Support**<br>**Denial of service: suppression**<br>Entered the case a week later without a word about his reply. | an **agent or employee** of the owner or operator may not refuse, **withhold from**, or **deny** to any person any of the **accommodations** | *No words to quote. His May 3 email, on the next page, does not mention this reply or Elizabeth.* | **VIII, 8A** |

**LYFT'S TERMS OF SERVICE, DECEMBER 12, 2022, SECTION 16 (WAYBACK COPY OF APRIL 14, 2023)**

***"…you will be given notice of the potential or actual deactivation and an opportunity to attempt to cure the issue to Lyft's reasonable satisfaction prior to Lyft permanently terminating the Agreement."***

***"…For all other breaches of this Agreement, you will be provided notice and an opportunity to cure the breach."***

**WHERE THIS EMAIL IS PLEADED: THE FACTS (¶36)**

*"On April 25, 2023, Lyft placed the hold and sent that acknowledgment. Lyft's next message came 7 days 18 hours later, on May 3, and began 'I apologize for the late response'."*

Also pleaded in the facts (¶22, ¶44), Count III (¶74B) and Count VI (¶77C).

**Lyft** <support@lyft-new.zendesk.com> Wed, May 3, 2023 at 12:23 PM
Reply-To: Lyft <support+id198574568@lyft-new.zendesk.com>
To: Steven Goforth <mrg4th@gmail.com>

##- Please type your reply above this line -##

Your request (198574568) has been updated. To add additional comments, reply to this email.
You are receiving this email because you submitted a support request. If you did not submit a request for help, no further action is required.

**Juan Luis** (Lyft)
May 3, 2023, 12:23 PM PDT

Hi Steven,

I apologize for the late response.

I'm following up on some feedback we received about one of your rides.

The report alleges that you were making discriminatory comments about the LGBTQ+ community during a ride, making a passenger feel uncomfortable and discriminated.

Lyft is an inclusive community, and behavior of this nature is against our Terms of Service.

In order to proceed, please respond to this email directly to provide us with any additional information you feel is relevant as we review this case.

Best regards,

Juan Luis
Lyft Support
help.lyft.com

This email is a service from Lyft. Delivered by Zendesk

[PZ9WEM-DZD6L]

LYFT *Reproduced at about 56 percent of the original email's size. The original is held by Plaintiff.*

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.

## MAY 3, 2023, 12:23 PM PDT

# Juan Luis, Lyft Support, apologizes for a "late response," never mentions Mr. Goforth's reply, and asks him to explain himself again.

### WHAT THIS EMAIL DID TO MR. GOFORTH'S FIRST ATTEMPT TO CURE (HIS ACCOUNT)

Juan Luis opened with an apology for a "late response," but never said to what. The only message of Mr. Goforth's awaiting an answer was his April 26 reply, his first attempt to cure. This was not an escalation: Juan Luis carries no title of management or a higher tier, and gives no reason for stepping in. The email did not mention that reply, or Elizabeth, and went back to the report as if no one had spoken. It called the report an allegation, told him behavior of this nature is against the Terms, and asked for "any additional information," in effect asking him to restate his position as if he had never given one. In his account, passing this off as a late response is **gaslighting**, a bait and switch that turned a cure and resolution already under way into an initial contact. **His cure was replaced, not answered, and he was asked to begin again.**

### THE MARYLAND TEST, SET BESIDE LYFT'S WORDS

| Violation assigned to | Words of Md. Code, State Gov't § 20-304 | Words from Lyft | Count |
|---|---|---|---|
| **Juan Luis, Lyft Support**<br>**Denial of service: suppression**<br>His first cure set aside, as if never sent. | an **agent or employee** of the owner or operator may not refuse, **withhold from**, or **deny** to any person any of the **advantages**, facilities, or **privileges** | "I apologize for the late response." … "I'm following up on some feedback we received about one of your rides." | **VIII, 8A** |
| **Juan Luis, Lyft Support**<br>**Denial of rights**<br>Asked to restate his case, as if none had been given. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | "In order to proceed, please respond to this email directly to provide us with any additional information you feel is relevant as we review this case." | **VIII, 8A** |

### LYFT'S TERMS OF SERVICE, DECEMBER 12, 2022, SECTION 16 (WAYBACK COPY OF APRIL 14, 2023)

***"…you will be given notice of the potential or actual deactivation and an opportunity to attempt to cure the issue to Lyft's reasonable satisfaction prior to Lyft permanently terminating the Agreement."***

***"…For all other breaches of this Agreement, you will be provided notice and an opportunity to cure the breach."***

**WHERE THIS EMAIL IS PLEADED: THE FACTS (¶26)**
*"Its May 3, 2023 email identified no words Mr. Goforth was said to have spoken,"*

**AND THE FACTS (¶67)**
*"Lyft's May 3, 2023 message described the alleged report as 'making discriminatory comments about the LGBTQ+ community during a ride, making a passenger feel uncomfortable and discriminated.'"*

**AND COUNT I, BREACH OF CONTRACT (¶72A)**
*"It cut off Plaintiff's access after he had completed approximately 10,000 rides, and it did not tell him what was alleged for days."*

**AND COUNT IV, NEGLIGENT SUPERVISION AND RETENTION (¶75C)**
*"They placed the hold with no notice of what was alleged, did not say what the report alleged until May 3, 2023,"*

Also pleaded in the facts (¶25) and Count VI (¶77B).

**Read Moore** <mrg4th@gmail.com> — Wed, May 3, 2023 at 1:51 PM
To: Lyft <support+id198574568@lyft-new.zendesk.com>

Hello Juan,

Absolutely, and definitively no. I was not making any negative remarks about the LGBTQ+ community. I'm a part of that community through members of my own family. And now I recall the passenger that this incident may be in reference to. The conversation was literally about history. My comments in remarks was about how the systems in our country have not quite achieved a balance where everyone of every type, religion, race, have not seen to achieve equality. My exact comments were this, and I'm calling myself.

"It seems like the politicians are always making one group preferential over another. And then I named historically groups in our nation who were more privileged than the rest of us, and I said thankfully we have some change in this country, but I told the passenger I just wish it was equal. I mentioned the LGBTQ+ community as an emerging group that now has political power and I remarked that I hope that the LGBTQ+ community does not abuse this power the way that previous groups have in the past. And I also verbally told the passenger, that I'm a supporter of the LGBTQ+ community.

But this was a total misunderstanding on the part of the passenger. Maybe the passenger wasn't fully paying attention to my statement and only focused in on the part when I was commenting on the LGBTQ+ community, but in no way shape or form do I discriminate, nor do I have anything against individuals of other racist colors creeds or sexualities. I'm a Lyft driver, I talked to most of my passengers. And I usually enjoy their conversations it helps me get through the day.

Also take into consideration that I've been on the platform for many years and I'm a 5.0 rated driver. And I do understand that sometimes All of us can misunderstand or misinterpret someone's words.

But I can emphatically say, the passenger at this incident, was not paying close attention to the conversation.

I'm hoping that lift has a recording of the conversation so that these allegations can be clearly reversed, because the decision to temporarily remove me from the platform has cost me significantly, Lyft is my only income and I appreciate being able to have my own hours and my own way of making income, and in the future I will remember that some conversations are just better left not discussed, even if nothing negative is spoken, I do understand that some people do get triggered at the mention of certain descriptions.

But this woman couldn't have been but so uncomfortable with me because she did say upon leaving the vehicle that it was nice meeting me, she mentioned that she enjoyed the conversation, she even told me as much as she was going to work. I think that's a lot of date for someone to give to the driver, if they were discomforted to the degree with they would make a report.

I hope this satisfies the situation, and I will change my policy on what I will and will not discuss with the passenger, realizing that not all people will understand the content of such a serious conversation, like politics.

This type of incident will never happen again, although I maintain my innocence and I am not taking responsibility for the passengers misunderstanding of the conversation I was having, I will be a professional, and make sure that all of my future conversations while driving with Lyft, can never be misconstrued for anything else except for friendly and helpful to the passenger.

Steven A.Goforth.

Get BlueMail for Android
[Quoted text hidden]

**MR. GOFORTH** *Reproduced at about 56 percent of the original email's size. The original is held by Plaintiff. Highlighted: "race," in paragraph 1.*

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.

**MAY 3, 2023, 1:51 PM PDT**

# Mr. Goforth answers Juan Luis within 90 minutes, denies the allegation, tells Lyft it is his only income, and maintains his innocence.

**WHAT THIS EMAIL WAS FORCED TO BE: A SECOND ATTEMPT TO CURE (HIS ACCOUNT)**

Juan Luis forced a second attempt to cure that superseded the first, without cause or stated authority and with no title of management or a higher tier. Mr. Goforth answered within 90 minutes, behind on his bills and unable to buy groceries, in his account under **intimidation and duress**. He was made to litigate instead of cure: to defend himself against an allegation as if it had been investigated and established, in a new version. In his account, the request was a way to draw an admission, not a cure. "In order to proceed" also told him he could not proceed unless he wrote again, as if no cure were under way, when he had already begun one on April 26 under the Terms' own cure promise. In his account, **he was barred from a Terms procedure he had already put into motion. He maintained his innocence.**

**THE MARYLAND TEST, SET BESIDE LYFT'S WORDS**

| Violation assigned to | Words of Md. Code, State Gov't § 20-304 | Words from Lyft | Count |
|---|---|---|---|
| **Juan Luis, Lyft Support**<br>**Denial of rights**<br>A second cure forced, the first set aside. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | "…to provide us with any additional information you feel is relevant as we review this case." | **VIII, 8A** |
| **Juan Luis, Lyft Support**<br>**Denial of rights: access to the Terms**<br>Barred from the cure he had already begun under the Terms. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | "In order to proceed, please respond to this email directly…" | **VIII, 8A** |
| **Juan Luis, Lyft Support**<br>**Denial of service**<br>Pressure applied to a driver with no income: in his account, intimidation and duress. | an **agent or employee** of the owner or operator may not refuse, **withhold from**, or **deny** to any person any of the **accommodations**, **advantages**, facilities, or **privileges** | "Lyft is an inclusive community, and behavior of this nature is against our Terms of Service." | **VIII, 8A** |

**LYFT'S TERMS OF SERVICE, DECEMBER 12, 2022, SECTION 16 (WAYBACK COPY OF APRIL 14, 2023)**

***"…you will be given notice of the potential or actual deactivation and an opportunity to attempt to cure the issue to Lyft's reasonable satisfaction prior to Lyft permanently terminating the Agreement."***

***"…For all other breaches of this Agreement, you will be provided notice and an opportunity to cure the breach."***

**WHERE THIS EMAIL IS PLEADED: THE FACTS (¶25A)**
*"Mr. Goforth answered at 1:51 PM on May 3, 2023. He wrote that he is 'a supporter of the LGBTQ+ community,'"*

**AND COUNT III, NEGLIGENCE (¶74A)**
*"Lyft knew he depended on the platform, because he told it in writing, 'Lyft is my only income.'"*

**AND COUNT I, BREACH OF CONTRACT (¶72A)**
*"He answered in writing, wrote that this type of incident would never happen again, and Lyft never said whether that would satisfy it"*

Also pleaded in the facts (¶22, ¶28, ¶64), Count IV (¶75D), Count V (¶76A) and Count VI (¶77A).

**Read Moore** <mrg4th@gmail.com> — Fri, May 5, 2023 at 11:03 AM
To: Lyft <support+id198574568@lyft-new.zendesk.com>

I sent my response a few days ago, I'm still waiting for a decision. Thank you.

Get BlueMail for Android
[Quoted text hidden]

**MR. GOFORTH** *Reproduced across the full width of the page, as the other emails are. The original is held by Plaintiff.*

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.

## MAY 5, 2023, 11:03 AM PDT

## Mr. Goforth writes again, less than two days after his answer, to tell Lyft he is still waiting for a decision.

**WHAT THIS EMAIL WAS FORCED TO BE: A REMINDER FROM A DRIVER WITH NO INCOME (HIS ACCOUNT)**

No one answered his May 3 reply, so he had to write again just to remind Lyft that he was waiting. In his account he was waiting under **duress**, his revenue cut off since April 25, having already answered on April 26 and again on May 3. His email says only that he is still waiting for a decision. Lyft's earlier holds on his account were each lifted within about 28 hours; this one had now run nearly ten days. **Lyft's reply is on the next page.**

**THE MARYLAND TEST, SET BESIDE LYFT'S WORDS**

| Violation assigned to | Words of Md. Code, State Gov't § 20-304 | Words from Lyft | Count |
|---|---|---|---|
| **Juan Luis, Lyft Support**<br>**Denial of rights**<br>His answer left unanswered; he had to ask for a decision. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | *No words to quote.* | **VIII, 8A** |
| **Juan Luis, Lyft Support**<br>**Denial of service**<br>Held off the platform and its revenue with no decision: nearly ten days, against about 28 hours or less on earlier holds. | an **agent or employee** of the owner or operator may not refuse, **withhold from**, or **deny** to any person any of the **accommodations**, **advantages**, facilities, or **privileges** | *No words to quote. Lyft's reply is on the next page.* | **VIII, 8A** |

**LYFT'S TERMS OF SERVICE, DECEMBER 12, 2022, SECTION 16 (WAYBACK COPY OF APRIL 14, 2023)**

***"…you will be given notice of the potential or actual deactivation and an opportunity to attempt to cure the issue to Lyft's reasonable satisfaction prior to Lyft permanently terminating the Agreement."***

***"…For all other breaches of this Agreement, you will be provided notice and an opportunity to cure the breach."***

**WHERE THIS EMAIL IS PLEADED: THE FACTS (¶30)**
*"Between April 2019 and August 2022, Lyft placed Mr. Goforth's account on hold four times."*

**AND COUNT VI, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (¶77C)**
*"Plaintiff wrote to Lyft on April 26, May 3 and May 5, again on July 14, and again on October 26, 2023"*

**Lyft** <support@lyft-new.zendesk.com> Sat, May 6, 2023 at 10:10 AM
Reply-To: Lyft <support+id198574568@lyft-new.zendesk.com>
To: Steven Goforth <mrg4th@gmail.com>

##- Please type your reply above this line -##

Your request (198574568) has been updated. To add additional comments, reply to this email.
You are receiving this email because you submitted a support request. If you did not submit a request for help, no further action is required.

**Juan Luis** (Lyft)
May 6, 2023, 10:10 AM PDT

Hi Steven,

Thank you for following up.

Due to this not being the first time we receive a report regarding similar behavior on your account, your driver and rider account has been deactivated from the Lyft platform due to alleged violations of Lyft's Terms of Service.

We will be unable to service your needs as a driver on the Lyft platform any further.

In accordance with our Terms of Service, your account will stay deactivated and you won't be able to re-apply with a new account.

Please review the following regarding this decision:
- I will be the direct point of contact who reviewed the details associated with your deactivation. If you have any questions, please direct them to me. Please know that outreach to other members of the Safety team will not reverse this decision.
- For privacy reasons, team members at the Hub or Local office cannot assist with deactivation reviews of this nature and will not be able to escalate, expedite, or provide information on your behalf.
- In regards to your earnings, you'll receive any remaining payouts in your next scheduled direct deposit.
- In accordance with our Terms of Service, you are no longer authorized to use trademarks, logos, service marks, company or product names of Lyft - this includes Lyft emblems, trade dress or driver amp.

Best,

Juan Luis
Lyft Support
help.lyft.com

This email is a service from Lyft. Delivered by Zendesk

[PZ9WEM-DZD6L]

LYFT *Reproduced to fit the page column. The original is held by Plaintiff. Highlighted: the thanks, the decision, "unable to service your needs," and "re-apply."*

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.

## MAY 6, 2023, 10:10 AM PDT

# Juan Luis, Lyft Support, answers Mr. Goforth's follow-up with a deactivation that rests on earlier reports and on alleged violations.

**WHAT THIS EMAIL DID TO MR. GOFORTH: THE DECISION (HIS ACCOUNT)**

Juan Luis thanked him for following up, then decided the case on a pattern, not on evidence. Because Lyft had received earlier reports, he deactivated Mr. Goforth on **alleged violations**. Each earlier hold on his account had been lifted, and none had ended in a deactivation. In his account, that is treating a new accusation as proven because earlier holds were lifted. The email never mentions his May 3 answer, his second attempt to cure, which this decision displaced. It says Lyft will be "unable to service your needs as a driver," and Mr. Goforth asks what services he was ever given that were turned off on May 6, when the passenger was heard and his side was never investigated.

**THE MARYLAND TEST, SET BESIDE LYFT'S WORDS**

| Violation assigned to | Words of Md. Code, State Gov't § 20-304 | Words from Lyft | Count |
|---|---|---|---|
| **Juan Luis, Lyft Support**<br>**Denial of rights**<br>Decided on a pattern of earlier reports, not on a finding. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | "Due to this not being the first time we receive a report regarding similar behavior on your account…" | **VIII, 8A** |
| **Juan Luis, Lyft Support**<br>**Denial of rights**<br>Deactivated on alleged violations. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | "…your driver and rider account has been deactivated from the Lyft platform due to alleged violations of Lyft's Terms of Service." | **VIII, 8A** |
| **Juan Luis, Lyft Support**<br>**Denial of rights**<br>His second attempt to cure set aside without a word. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | *No words to quote. The email answers only his May 5 follow-up: "Thank you for following up."* | **VIII, 8A** |
| **Juan Luis, Lyft Support**<br>**Denial of service**<br>No service named that was switched off; the investigation he sought was never rendered. | an **agent or employee** of the owner or operator may not refuse, **withhold from**, or **deny** to any person any of the **accommodations**, **advantages**, facilities, or **privileges** | "We will be unable to service your needs as a driver on the Lyft platform any further." | **VIII, 8A** |

**LYFT'S TERMS OF SERVICE, DECEMBER 12, 2022, SECTION 16 (WAYBACK COPY OF APRIL 14, 2023)**

***"…you will be given notice of the potential or actual deactivation and an opportunity to attempt to cure the issue to Lyft's reasonable satisfaction prior to Lyft permanently terminating the Agreement."***

***"…For all other breaches of this Agreement, you will be provided notice and an opportunity to cure the breach."***

(Section 16 ends the Agreement for "material breach," clause (b), and for four listed reasons. An "alleged violation" is not among them.)

**WHERE THIS EMAIL IS PLEADED: COUNT I, BREACH OF CONTRACT (¶72A)**
*"Instead, Lyft wrote that his account 'has been deactivated' and 'will stay deactivated,'"*

**AND THE FACTS (¶36)**
*"On May 6, 10 days 16 hours after the hold, Lyft told Mr. Goforth the deactivation was permanent."*

Also pleaded in the facts (¶26, ¶67, ¶68), Count IV (¶75C), Count VI (¶77C), Count VII (¶80) and Count VIII (¶83B).

**Lyft** <support@lyft-new.zendesk.com> Sat, May 6, 2023 at 10:10 AM
Reply-To: Lyft <support+id198574568@lyft-new.zendesk.com>
To: Steven Goforth <mrg4th@gmail.com>

##- Please type your reply above this line -##

Your request (198574568) has been updated. To add additional comments, reply to this email.
You are receiving this email because you submitted a support request. If you did not submit a request for help, no further action is required.

**Juan Luis** (Lyft)
May 6, 2023, 10:10 AM PDT

Hi Steven,

Thank you for following up.

Due to this not being the first time we receive a report regarding similar behavior on your account, your driver and rider account has been deactivated from the Lyft platform due to alleged violations of Lyft's Terms of Service.

We will be unable to service your needs as a driver on the Lyft platform any further.

In accordance with our Terms of Service, your account will stay deactivated and you won't be able to re-apply with a new account.

Please review the following regarding this decision:
- I will be the direct point of contact who reviewed the details associated with your deactivation. If you have any questions, please direct them to me. Please know that outreach to other members of the Safety team will not reverse this decision.
- For privacy reasons, team members at the Hub or Local office cannot assist with deactivation reviews of this nature and will not be able to escalate, expedite, or provide information on your behalf.
- In regards to your earnings, you'll receive any remaining payouts in your next scheduled direct deposit.
- In accordance with our Terms of Service, you are no longer authorized to use trademarks, logos, service marks, company or product names of Lyft - this includes Lyft emblems, trade dress or driver amp.

Best,

Juan Luis
Lyft Support
help.lyft.com

This email is a service from Lyft. Delivered by Zendesk

[PZ9WEM-DZD6L]

**LYFT** *Reproduced to fit the page column. The original is held by Plaintiff. Highlighted: the points after the decision, including the trademark instruction.*

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.





## After the decision, Juan Luis tells a former driver whom to call, where not to go, and what he may no longer use.

**WHAT THIS EMAIL DID TO MR. GOFORTH: AFTER THE DECISION (HIS ACCOUNT)**

After the first paragraph Mr. Goforth was no longer a driver, in his account a private citizen and a witness, yet Juan Luis kept giving orders. He named himself the only point of contact who reviewed the decision, which in his account lets everyone else in the chain step away from it, told him outreach to the rest of the Safety team would not reverse it, closed the Hub and Local offices to him and told him he could not re-apply. In his account, an order-giving, isolating email to a former driver is **coercion**.

**COUNT VII, BUSINESS DESTRUCTION (NOT PART OF THE MARYLAND TEST)**

***"In accordance with our Terms of Service, you are no longer authorized to use trademarks, logos, service marks, company or product names of Lyft - this includes Lyft emblems, trade dress or driver amp."***

Mr. Goforth states that he did use Lyft's name, logo and service marks on the Rideshare DJ Mobile App website, Lyft's name in the radio app, and the word Lyft in the app-store descriptions of the product. In his account, this sentence is Lyft acknowledging that use. It came from Lyft Support, not Lyft's legal department, and was sent to a former driver. In his account, Lyft cannot stop anyone from saying its name, and a support representative had no authority to say otherwise. "Includes" adds the emblems, trade dress and driver amp to the first list; it does not replace it.

**THE MARYLAND TEST, SET BESIDE LYFT'S WORDS**

| Violation assigned to | Words of Md. Code, State Gov't § 20-304 | Words from Lyft | Count |
|---|---|---|---|
| **Juan Luis, Lyft Support**<br>**Denial of access**<br>Hub and Local offices closed to him. | an **agent or employee** of the owner or operator may not refuse, **withhold from**, or **deny** to any person any of the accommodations, advantages, **facilities**, or privileges | "…team members at the Hub or Local office cannot assist with deactivation reviews of this nature and will not be able to escalate, expedite, or provide information on your behalf." | **VIII, 8A** |
| **Juan Luis, Lyft Support**<br>**Denial of rights**<br>Made himself the only door, and shut the rest. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | "I will be the direct point of contact who reviewed the details associated with your deactivation." "…outreach to other members of the Safety team will not reverse this decision." | **VIII, 8A** |
| **Juan Luis, Lyft Support**<br>**Denial of rights**<br>Barred from coming back. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | "…you won't be able to re-apply with a new account." | **VIII, 8A** |

**LYFT'S TERMS OF SERVICE, DECEMBER 12, 2022, SECTION 21**

***"The words 'include', 'includes' and 'including' are deemed to be followed by the words 'without limitation'."***

**WHERE THIS EMAIL IS PLEADED: THE FACTS (¶68)**
*"'[o]utreach to other members of the Safety team will not reverse this decision.'"*

**AND COUNT VII (¶80)**
*"On May 6, 2023, Lyft wrote that 'your account will stay deactivated and you won't be able to re-apply with a new account.'"*

Also pleaded in the facts (¶26A), Count I (¶72A), Count VI (¶77A and ¶77C) and Count VIII (¶83B).

**CONTINUED FROM EMAIL 6, PART 3 OF 4: LYFT'S OWN EARLIER EMAILS TO MR. GOFORTH, ALL SENT BEFORE JUAN LUIS**

**LYFT** From: Lyft Support (Cameron, Trust and Safety Specialist) To: Steven Goforth
Subject: [Lyft] Re: Follow-up from Lyft **Apr 7, 2019, 10:49 AM PDT** Request 142792504

Hi Steven, … I can assure you that the concerns you have brought to our attention have been investigated … I have reactivated your account at this time. … Best, Cameron

**LYFT** From: Lyft Support (Randy) To: Steven Goforth
Subject: [Lyft] Re: Follow-up from Lyft **Oct 19, 2020, 1:07 PM PDT** Request 172581563

Hi Steven, Thank you for getting back to me and following up on the matter. After further investigation and consideration, I have elected to reactivate your account at this time. … All the best, Randy

**LYFT** From: Lyft Support (Troy Alexander) To: Steven Goforth
Subject: [Lyft] Re: Follow-up from Lyft **Nov 7, 2021, 6:06 AM PST** Request 183264856

Hi Steven, Thank you for your reply. After further investigation into the incident, I was unable to confirm that you knowingly violated Lyft's Terms of Service or Lyft's Service Animal policy. Therefore, your account has been reactivated. … Sincerely, Troy Alexander

**LYFT** From: Lyft Support (Quinto) To: Steven Goforth
Subject: [Lyft] Re: Follow-up from Lyft **Aug 9, 2022, 10:36 AM PDT** Request 191084511

Hi Steven, I am following up on the previous communication you received regarding a safety investigation from one of your recent rides. After further review, it appears your account deactivation was processed in error. I have reactivated your account at this time. … Best, Quinto

LYFT *Excerpts in Lyft's words; "…" marks text left out. Each full email is held by Plaintiff. Highlighted: the sentence in which Lyft lifted the hold.*

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.

## LYFT'S EARLIER EMAILS TO MR. GOFORTH, APRIL 2019 TO AUGUST 2022, ALL BEFORE MAY 6, 2023

# Four times before Juan Luis, Lyft Support lifted a hold on Mr. Goforth's account and wrote down why. Juan Luis then used those same holds against him.

**WHAT JUAN LUIS DID WITH THESE EMAILS (HIS ACCOUNT)**

These are Lyft's own emails, written by four different Lyft Support agents before Juan Luis wrote to Mr. Goforth. Each time, Lyft Support looked into the report, lifted the hold and told him why. On May 6, 2023, Juan Luis cited the earlier reports as a reason to deactivate him, and in his account left out how Lyft had ended every one of them. **He took the framework of the earlier holds and left out their results.** He also read Lyft's Terms one way, to keep Mr. Goforth deactivated, and set aside the part that promises notice and a chance to cure. In his account, that is unequal treatment of Mr. Goforth by Lyft Support, and Juan Luis is the one who applied it.

**HOW LYFT SUPPORT ENDED EACH HOLD, AND HOW LONG IT TOOK**

| Hold placed | Lyft Support's answer | Hold to answer | Step Lyft named |
|---|---|---|---|
| Apr 6, 2019, 10:01 PM | Cameron, reactivated Apr 7, 2019 | about 13 hours | "…have been investigated…" |
| Oct 18, 2020, 8:44 AM | Randy, reactivated Oct 19, 2020 | about 28 hours | "further investigation and consideration" |
| Nov 6, 2021, 5:57 PM | Troy Alexander, reactivated Nov 7, 2021 | about 13 hours | "further investigation into the incident" |
| Aug 8, 2022, 8:26 AM | Quinto, reactivated Aug 9, 2022 | about 26 hours | "further review" |
| **Apr 25, 2023, 5:40 PM** | **Juan Luis, May 6, 2023: "your account will stay deactivated"** | **10 days, 16 hours, and not lifted** | **Cited "this not being the first time we receive a report"** |

**WHERE THE EARLIER HOLDS ARE PLEADED: THE FACTS (¶30)**
*"Between April 2019 and August 2022, Lyft placed Mr. Goforth's account on hold four times. Each hold followed a report that Mr. Goforth understands to have been false."*
Also pleaded in ¶¶31 to 34, one paragraph for each hold, and in Count I (¶72A).

**CONTINUED FROM EMAIL 6, PART 4 OF 4: LYFT SUPPORT'S EARLIER EMAILS SET BESIDE JUAN LUIS'S DECISION**

| PRIOR PASSENGER FALSE CLAIMS INVESTIGATIONS | JUAN LUIS, MAY 6, 2023, 10:10 AM |
|---|---|
| **HOW THE DECISION WAS REACHED** | |
| "After further investigation and consideration, I have elected to reactivate your account at this time." *Randy, Oct 19, 2020* | "Due to this not being the first time we receive a report regarding similar behavior on your account…" |
| **WHAT THE DECISION RESTED ON** | |
| "I was unable to confirm that you knowingly violated Lyft's Terms of Service or Lyft's Service Animal policy." *Troy Alexander, Nov 7, 2021* | "…deactivated from the Lyft platform due to alleged violations of Lyft's Terms of Service." |
| **MR. GOFORTH'S REPLY** | |
| "Thank you for getting back to me and following up on the matter." Then: reactivated. *Randy, Oct 19, 2020* "Thank you for your reply." Then: reactivated. *Troy Alexander, Nov 7, 2021* | "Thank you for following up." Then: the decision to deactivate. |
| **HOW IT ENDED** | |
| "After further review, it appears your account deactivation was processed in error. I have reactivated your account at this time." *Quinto, Aug 9, 2022* "I have reactivated your account at this time." *Cameron, Apr 7, 2019* | "In accordance with our Terms of Service, your account will stay deactivated and you won't be able to re-apply with a new account." |

LYFT *Every Lyft email quoted in the left column was sent before May 6, 2023. Full emails are held by Plaintiff. Highlighted: the words each writer used for the decision.*

**MAY 6, 2023, 10:10 AM PDT, SET BESIDE LYFT'S OWN EARLIER EMAILS**

## Set beside Lyft Support's own earlier emails, Juan Luis's decision applies a different standard to Mr. Goforth.

**WHAT THIS DID TO MR. GOFORTH: A DIFFERENT STANDARD FROM LYFT'S OWN (HIS ACCOUNT)**

Four times Lyft Support had answered a report on his account the same way: look into it, lift the hold, say why. On May 6, Juan Luis answered his follow-up another way. He cited the earlier reports, called the new ones "alleged violations," and used the Terms to keep him deactivated while setting aside their promise of notice and a chance to cure. In his account, Lyft itself had closed those earlier holds, and Juan Luis reopened their framework and left out their results. **The same Lyft department, a different standard, applied to him.** In his account, that is discrimination in how Lyft treated him, and the tactic Juan Luis used to justify the deactivation.

**THE MARYLAND TEST, SET BESIDE LYFT'S WORDS**

| Violation assigned to | Words of Md. Code, State Gov't § 20-304 | Words from Lyft | Count |
|---|---|---|---|
| **Juan Luis, Lyft Support** **Unequal treatment** Held to a different standard than Lyft Support's own earlier handling of him. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | "Due to this not being the first time we receive a report regarding similar behavior on your account…" | **VIII, 8A** |
| **Juan Luis, Lyft Support** **Denial of rights** Terms cited to keep him off the platform, not to give notice and a chance to cure. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | "In accordance with our Terms of Service, your account will stay deactivated…" | **VIII, 8A** |
| **Juan Luis, Lyft Support** **Denial of service** Ended his access where Lyft had lifted each earlier hold. | an **agent or employee** of the owner or operator may not refuse, **withhold from**, or **deny** to any person any of the **accommodations**, **advantages**, facilities, or **privileges** | "We will be unable to service your needs as a driver on the Lyft platform any further." | **VIII, 8A** |

**LYFT'S TERMS OF SERVICE, DECEMBER 12, 2022, SECTION 16 (WAYBACK COPY OF APRIL 14, 2023)**

***"…you will be given notice of the potential or actual deactivation and an opportunity to attempt to cure the issue to Lyft's reasonable satisfaction prior to Lyft permanently terminating the Agreement."***

***"…For all other breaches of this Agreement, you will be provided notice and an opportunity to cure the breach."***

**WHERE THIS COMPARISON IS PLEADED: COUNT VIII, SUB COUNT 8A**

The earlier holds are pleaded in the facts (¶¶30 to 39) and in Count I (¶72A).

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.

**Lyft** <support@lyft-new.zendesk.com> Fri, Jul 14, 2023 at 9:25 AM
Reply-To: Lyft <support+id201205726@lyft-new.zendesk.com>
To: Steven Goforth <mrg4th@gmail.com>

##- Please type your reply above this line -##

Your request (201205726) has been updated. To add additional comments, reply to this email.
You are receiving this email because you submitted a support request. If you did not submit a request for help, no further action is required.

**Jeremy** (Lyft)
Jul 14, 2023, 9:25 AM PDT

Hi Steven,

This is Jeremiah, Specialist from Lyft safety Department.

The decision to deactivate your account has been reviewed and will remain final. We appreciate your understanding and cooperation in this matter.

Regards,

Jeremy
Lyft Support
help.lyft.com

This email is a service from Lyft. Delivered by Zendesk

[2NXG75-3MXRR]

LYFT *Reproduced to fit the page column. The original is held by Plaintiff. The sender line and signature read "Jeremy," the body "Jeremiah." Highlighted: the Specialist title, the decision, and the thanks.*

## JULY 14, 2023, 9:25 AM PDT

## Jeremy, a Specialist from Lyft's Safety Department, backs Juan Luis's decision as final and thanks Mr. Goforth in advance for an understanding and cooperation he had not given.

**WHAT THIS EMAIL DID TO MR. GOFORTH: THE DECISION MADE FINAL (HIS ACCOUNT)**

Jeremy wrote as the next tier, a Specialist from the Safety Department, and gave one answer: the decision "has been reviewed and will remain final." In his account, that review took in neither of his two written attempts to cure. It names no conduct, no Terms provision and no step he could take. A second Lyft employee stood behind Juan Luis's decision, and the Terms' cure promise went unanswered again. It also speaks for him: Lyft "appreciate[s]" his "understanding and cooperation," and thanks him in advance, as if a former driver, now a private citizen, had agreed. **He had not.** In his account, a Specialist who confirms a decision as final without the cure behind it is the corporate neglect of Count IV.

**THE MARYLAND TEST, SET BESIDE LYFT'S WORDS**

| Violation assigned to | Words of Md. Code, State Gov't § 20-304 | Words from Lyft | Count |
|---|---|---|---|
| **Jeremy, Specialist, Lyft Safety Department**<br>**Denial of rights**<br>Confirmed the decision without answering either cure. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | "The decision to deactivate your account has been reviewed and will remain final." | **VIII, 8A** |
| **Jeremy, Specialist, Lyft Safety Department**<br>**Denial of rights**<br>Thanked in advance for cooperation he had not given. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | "We appreciate your understanding and cooperation in this matter." | **VIII, 8A** |
| **Jeremy, Specialist, Lyft Safety Department**<br>**Denial of service**<br>A Specialist made the ending final. | an **agent or employee** of the owner or operator may not refuse, **withhold from**, or **deny** to any person any of the **accommodations**, **advantages**, facilities, or **privileges** | "This is Jeremiah, Specialist from Lyft safety Department." | **VIII, 8A** |

**LYFT'S TERMS OF SERVICE, DECEMBER 12, 2022, SECTION 16 (WAYBACK COPY OF APRIL 14, 2023)**

***"…you will be given notice of the potential or actual deactivation and an opportunity to attempt to cure the issue to Lyft's reasonable satisfaction prior to Lyft permanently terminating the Agreement."***

***"…For all other breaches of this Agreement, you will be provided notice and an opportunity to cure the breach."***

**WHERE THESE EMAILS ARE PLEADED: THE FACTS (¶29)**

*"In July 2023, after Mr. Goforth again disputed the decision, Lyft told him three times on July 14, 2023, in nearly identical words and with no new reasoning, that the decision to deactivate his account 'will remain final.'"*

**AND COUNT I, BREACH OF CONTRACT (¶72A)**

*"and told him three times in one day that its decision 'will remain final,' referring only to 'alleged violations.'"*

The first of the three emails Lyft sent on July 14. Also pleaded in Count IV (¶75C), Count V (¶76A), Count VI (¶77C) and ¶46.

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.

**Read Moore** <mrg4th@gmail.com> Fri, Jul 14, 2023 at 12:57 PM
To: Lyft <support+id201205726@lyft-new.zendesk.com>

The decision was made under fraudulent pretenses by the passenger. And also the person named Juan who made the decision he admitted that it was not decided based upon the customer's allegation, which was false. But this person named Juan, said it was other things but he did not say specifically what these other things were. Furthermore, he cannot, and is not allowed to override any decisions made prior by different investigators on different matters. One took it upon himself, to be the arbiter, on prior investigated matters that were closed and ruled in my favor. This is unjust, and this is unfair I'm a 5.0 star driver, and the way that you guys are conducting business, is truly inequitable. I do plan to pursue this further, but buy more legal means. I've done my due diligence and I've tried to contact you as directed in your help section, however lift, refuses to make personal contact with me, and therefore leaves me no other option but to pursue

this judiciously. I'm very disappointed in Lyft.

Get BlueMail for Android
[Quoted text hidden]

**MR. GOFORTH** *Reproduced to fit the page column. The original is held by Plaintiff. Highlighted: the false report, the reasons Juan Luis never named, and Lyft's refusal to speak with him.*

**THE TOLL BY THIS EMAIL (HIS ACCOUNT)**

In his account, this is when the interference stopped being stress and took hold of him. It was his first real depression, and what he now recognizes as the first visible phase of post-traumatic stress.

In his account, he also had thoughts of suicide.

He began to cope with alcohol and a new smoking habit, paid for out of what little money he could scrape together. The alcohol calmed his nerves. The sugar in it pushed his blood sugar up and his A1C out of control, to the point that he believed he could have caused himself a stroke. He tested his blood sugar every day. Diabetes does not announce itself the way pain does. It does its damage quietly, over a long time.

What he had told Juan Luis in May, that he had no money for groceries and could not pay his bills, had by now become an eviction process, with the management office warning him about partial payments. His car was run down: the engine check light stayed on and the air conditioning had stopped working.

The answer he had from Lyft was a deactivation with no stated reason, no evidence put to him, and no way to cure, however hard he tried.

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.

## JULY 14, 2023, 12:57 PM PDT

# Mr. Goforth answers the Specialist the same day, putting in writing the false report, the reasons Juan Luis never named, and Lyft's refusal to speak with him.

**WHAT THIS EMAIL DID TO MR. GOFORTH: HE PUTS THE EVIDENCE BEFORE A SPECIALIST (HIS ACCOUNT)**

About three and a half hours after Jeremy made the decision final, Mr. Goforth gave Lyft's Specialist what a review would need: the report was false, Juan Luis named no other reasons, a closed matter had been overridden, and he held a 5.0 rating. In his account, a Specialist is the person who can re-examine the evidence and ask whether it is conclusive. Jeremy took no step past Juan Luis's decision. He backed it and made it final, which Juan Luis never did. In his account, that was one more attempt to dissuade him from pursuing the cure the Terms promise.

**THE MARYLAND TEST, SET BESIDE LYFT'S WORDS**

| Violation assigned to | Words of Md. Code, State Gov't § 20-304 | Words from Lyft | Count |
|---|---|---|---|
| **Jeremy, Specialist, Lyft Safety Department**<br>**Denial of rights**<br>Made the decision final, which Juan Luis never did. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | Jeremy, 9:25 AM: "The decision to deactivate your account has been reviewed and will remain final." | **VIII, 8A** |
| **Jeremy, Specialist, Lyft Safety Department**<br>**Denial of service**<br>A Specialist's chance to re-examine went unused. | an **agent or employee** of the owner or operator may not refuse, **withhold from**, or **deny** to any person any of the **accommodations**, **advantages**, facilities, or **privileges** | Jeremy, 9:25 AM: "This is Jeremiah, Specialist from Lyft safety Department." | **VIII, 8A** |
| **Jeremy, Specialist, Lyft Safety Department**<br>**Denial of service: suppression**<br>Another attempt to dissuade. | may not refuse, **withhold from**, or **deny** to any person any of the … **advantages**, facilities, or **privileges** | *No words to quote. Jeremy's 9:25 AM email, the Specialist's only words at this point, does not take up what Mr. Goforth then sent.* | **VIII, 8A** |

**LYFT'S TERMS OF SERVICE, DECEMBER 12, 2022, SECTION 16 (WAYBACK COPY OF APRIL 14, 2023)**

***"…you will be given notice of the potential or actual deactivation and an opportunity to attempt to cure the issue to Lyft's reasonable satisfaction prior to Lyft permanently terminating the Agreement."***

***"…For all other breaches of this Agreement, you will be provided notice and an opportunity to cure the breach."***

**WHERE THIS EMAIL IS PLEADED: THE FACTS (¶29)**

*"In July 2023, after Mr. Goforth again disputed the decision, Lyft told him three times on July 14, 2023, in nearly identical words and with no new reasoning, that the decision to deactivate his account 'will remain final.'"*

The dispute that ¶29 describes is Mr. Goforth's own email. Also pleaded in Count VI (¶77C).

**Lyft** <support@lyft-new.zendesk.com>  Fri, Jul 14, 2023 at 2:40 PM
Reply-To: Lyft <support+id201205726@lyft-new.zendesk.com>
To: Steven Goforth <mrg4th@gmail.com>

##- Please type your reply above this line -##

Your request (201205726) has been updated. To add additional comments, reply to this email.
You are receiving this email because you submitted a support request. If you did not submit a request for help, no further action is required.

---

**Jeremy** (Lyft)
Jul 14, 2023, 2:40 PM PDT

Hi Steven,

This is Jeremiah, Specialist from Lyft safety Department.

The decision to deactivate your account will remain final. We appreciate your understanding and cooperation in this matter.

Regards,

Jeremy
Lyft Support
help.lyft.com

---

This email is a service from Lyft. Delivered by Zendesk

[2NXG75-3MXRR]

LYFT *Reproduced to fit the page column. The original is held by Plaintiff. Highlighted: the decision.*

### JULY 14, 2023, THE FIVE EMAILS IN ORDER (PACIFIC TIME)

| Time | From | Exhibit 1 page |
|---|---|---|
| **9:25 AM** | Jeremy | 11 |
| **12:57 PM** | Mr. Goforth | 12 |
| **2:40 PM** | Jeremy | 13 |
| **3:21 PM** | Mr. Goforth | 14 |
| **3:31 PM** | Jeremy | 15 |

---

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.

## JULY 14, 2023, 2:40 PM PDT

# Jeremy answers the same afternoon with the decision again, no reason added, and the words "has been reviewed and" gone.

### WHAT THIS EMAIL SAYS, AND WHAT IT LEAVES OUT

At 12:57 PM Mr. Goforth put in writing the false report, the reasons Juan Luis never named, and Lyft's refusal to speak with him. One hour and 43 minutes later, at 2:40 PM, Jeremy answered with the decision again.

Set beside Jeremy's 9:25 AM email, the words "has been reviewed and" are gone. Nothing else is added. The email gives no reason, cites no fact, and has no sentence that refers to what Mr. Goforth wrote.

### THE MARYLAND TEST, SET BESIDE LYFT'S WORDS

| Violation assigned to | Words of Md. Code, State Gov't § 20-304 | Words from Lyft | Count |
|---|---|---|---|
| **Jeremy, Specialist, Lyft Safety Department**<br>**Denial of rights**<br>The same decision, with "has been reviewed and" dropped. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | Jeremy, 2:40 PM: "The decision to deactivate your account will remain final." | **VIII, 8A** |
| **Jeremy, Specialist, Lyft Safety Department**<br>**Denial of service: suppression**<br>The evidence he put before the Specialist went unanswered. | may not refuse, **withhold from**, or **deny** to any person any of the … **advantages**, facilities, or **privileges** | *No words to quote. Jeremy's 2:40 PM email does not take up what Mr. Goforth wrote at 12:57 PM.* | **VIII, 8A** |

### LYFT'S TERMS OF SERVICE, DECEMBER 12, 2022, SECTION 16 (WAYBACK COPY OF APRIL 14, 2023)

***"…you will be given notice of the potential or actual deactivation and an opportunity to attempt to cure the issue to Lyft's reasonable satisfaction prior to Lyft permanently terminating the Agreement."***

***"…For all other breaches of this Agreement, you will be provided notice and an opportunity to cure the breach."***

**WHERE THESE EMAILS ARE PLEADED: THE FACTS (¶29)**
*"In July 2023, after Mr. Goforth again disputed the decision, Lyft told him three times on July 14, 2023, in nearly identical words and with no new reasoning, that the decision to deactivate his account 'will remain final.'"*

**AND COUNT I, BREACH OF CONTRACT (¶72A)**
*"and told him three times in one day that its decision 'will remain final,' referring only to 'alleged violations.'"*

The second of the three emails Lyft sent on July 14. Also pleaded in Count IV (¶75C), Count V (¶76A), Count VI (¶77C) and ¶46.

**Read Moore** <mrg4th@gmail.com> Fri, Jul 14, 2023 at 3:21 PM
To: Lyft <support+id201205726@lyft-new.zendesk.com>

I'll be happy to take Lyft to court on this, and I hope you can continue to get off on responding negatively to this issue. You can say "No" and "final" all you want, It's just more documentation for my case. I'll wait for you to spend even more time trying to get pleasure from your taunts and rejections. come on, more please!

Get BlueMail for Desktop

[Quoted text hidden]

**MR. GOFORTH** *Reproduced to fit the page column. The original is held by Plaintiff. Highlighted: that he will take Lyft to court, and that each "final" is more documentation.*

### IN MR. GOFORTH'S WORDS

> "I'll be happy to take Lyft to court on this, and I hope you can continue to get off on responding negatively to this issue. You can say 'No' and 'final' all you want, It's just more documentation for my case. I'll wait for you to spend even more time trying to get pleasure from your taunts and rejections. come on, more please!"

### JULY 14, 2023, THE FIVE EMAILS IN ORDER (PACIFIC TIME)

| Time | From | Exhibit 1 page |
|---|---|---|
| **9:25 AM** | Jeremy | 11 |
| **12:57 PM** | Mr. Goforth | 12 |
| **2:40 PM** | Jeremy | 13 |
| **3:21 PM** | Mr. Goforth | 14 |
| **3:31 PM** | Jeremy | 15 |

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.

## JULY 14, 2023, 3:21 PM PDT

# Mr. Goforth tells Lyft he will take it to court and that each "final" is more documentation for his case.

### WHAT THIS EMAIL IS

Forty-one minutes after Jeremy's 2:40 PM email, Mr. Goforth answers the second "final" of the day. It is the fifth of the five emails he wrote Lyft between April 26 and July 14, 2023.

Ten minutes later, at 3:31 PM, Jeremy sent the decision a third time (page 15).

### THE MARYLAND TEST, SET BESIDE LYFT'S WORDS

| Violation assigned to | Words of Md. Code, State Gov't § 20-304 | Words from Lyft | Count |
|---|---|---|---|
| **Jeremy, Specialist, Lyft Safety Department**<br>**Denial of service: suppression**<br>His email was answered with the same words, ten minutes later. | may not refuse, **withhold from**, or **deny** to any person any of the … **advantages**, facilities, or **privileges** | *No words to quote. Jeremy's next email, 3:31 PM (page 15), repeats the decision and does not take up what Mr. Goforth wrote at 3:21 PM.* | **VIII, 8A** |

### LYFT'S TERMS OF SERVICE, DECEMBER 12, 2022, SECTION 16 (WAYBACK COPY OF APRIL 14, 2023)

***"…you will be given notice of the potential or actual deactivation and an opportunity to attempt to cure the issue to Lyft's reasonable satisfaction prior to Lyft permanently terminating the Agreement."***

***"…For all other breaches of this Agreement, you will be provided notice and an opportunity to cure the breach."***

**WHERE THIS EMAIL IS PLEADED: THE FACTS (¶29)**
*"In July 2023, after Mr. Goforth again disputed the decision, Lyft told him three times on July 14, 2023, in nearly identical words and with no new reasoning, that the decision to deactivate his account 'will remain final.'"*

The dispute that ¶29 describes is Mr. Goforth's own email. Also pleaded in Count VI (¶77C).

**Lyft** <support@lyft-new.zendesk.com> Fri, Jul 14, 2023 at 3:31 PM
Reply-To: Lyft <support+id201205726@lyft-new.zendesk.com>
To: Steven Goforth <mrg4th@gmail.com>

##- Please type your reply above this line -##

Your request (201205726) has been updated. To add additional comments, reply to this email.
You are receiving this email because you submitted a support request. If you did not submit a request for help, no further action is required.

**Jeremy** (Lyft)
Jul 14, 2023, 3:31 PM PDT

Hi Steven,

This is Jeremiah, Specialist from Lyft safety Department.

The decision to deactivate your account will remain final. We appreciate your understanding and cooperation in this matter.

Thank you for your time.

Regards,

Jeremy
Lyft Support
help.lyft.com

This email is a service from Lyft. Delivered by Zendesk

[2NXG75-3MXRR]

LYFT *Reproduced to fit the page column. The original is held by Plaintiff. Highlighted: the decision, repeated, and the closing line.*

### JEREMY'S THREE ANSWERS OF JULY 14, SIDE BY SIDE

| Time (PDT) | Words from Lyft |
|---|---|
| **9:25 AM** | "The decision to deactivate your account ~~has been reviewed and~~ will remain final. We appreciate your understanding and cooperation in this matter." |
| **2:40 PM** | "The decision to deactivate your account will remain final. We appreciate your understanding and cooperation in this matter." |
| **3:31 PM** | "The decision to deactivate your account will remain final. We appreciate your understanding and cooperation in this matter. **Thank you for your time.**" |

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.

## JULY 14, 2023, 3:31 PM PDT

## Jeremy sends the same answer a third time, ten minutes after Mr. Goforth's reply, and closes with "Thank you for your time."

**WHAT THIS EMAIL DID TO MR. GOFORTH: A CIRCLE OF CONFEDERATES, HIS REPLIES KEPT UNDER WATCH (HIS ACCOUNT)**

Mr. Goforth was looking for someone new, outside the circle he now saw forming, to give another opportunity to cure. Ten minutes after his reply, Jeremy sent the same words again and added, "Thank you for your time." In his account, he was not offering Lyft his time; he was asking to cure. He reads the thanks as a dismissal added to the insult, and the speed as proof that his replies were being captured and watched. He was held and not allowed to be heard, under watch for any further correspondence.

The circle now has three parties: Elizabeth, Juan Luis and Jeremy. In his account, Juan Luis and Jeremy are Confederates: one made the decision and the other stood behind it and made it final. He stopped writing to give the organization time to shift, through new people, new situations, anything to get him out of that line of defense.

### THE MARYLAND TEST, SET BESIDE LYFT'S WORDS

| Violation assigned to | Words of Md. Code, State Gov't § 20-304 | Words from Lyft | Count |
|---|---|---|---|
| **Jeremy, Specialist, Lyft Safety Department**<br>**Denial of rights**<br>The same answer a third time, ten minutes after his reply. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | Jeremy, 3:31 PM: "The decision to deactivate your account will remain final." | **VIII, 8A** |
| **Jeremy, Specialist, Lyft Safety Department**<br>**Denial of service**<br>Closed the door on a new person and another cure. | may not refuse, **withhold from**, or **deny** to any person any of the … **advantages**, facilities, or **privileges** | Jeremy, 3:31 PM: "Thank you for your time." | **VIII, 8A** |

**LYFT'S TERMS OF SERVICE, DECEMBER 12, 2022, SECTION 16 (WAYBACK COPY OF APRIL 14, 2023)**

***"…you will be given notice of the potential or actual deactivation and an opportunity to attempt to cure the issue to Lyft's reasonable satisfaction prior to Lyft permanently terminating the Agreement."***

***"…For all other breaches of this Agreement, you will be provided notice and an opportunity to cure the breach."***

**WHERE THESE EMAILS ARE PLEADED: THE FACTS (¶29)**
*"In July 2023, after Mr. Goforth again disputed the decision, Lyft told him three times on July 14, 2023, in nearly identical words and with no new reasoning, that the decision to deactivate his account 'will remain final.'"*

**AND COUNT I, BREACH OF CONTRACT (¶72A)**
*"and told him three times in one day that its decision 'will remain final,' referring only to 'alleged violations.'"*

The third of the three emails Lyft sent on July 14. Also pleaded in Count IV (¶75C), Count V (¶76A), Count VI (¶77C) and ¶46.

**Lyft** <support@lyft-new.zendesk.com> Thu, Oct 26, 2023 at 1:02 AM
Reply-To: Lyft <support+id204825677@lyft-new.zendesk.com>
To: Steven Goforth <mrg4th@gmail.com>

##- Please type your reply above this line -##

Your request (204825677) has been updated. To add additional comments, reply to this email.
You are receiving this email because you submitted a support request. If you did not submit a request for help, no further action is required.

**Celidey** (Lyft)
Oct 26, 2023, 1:02 AM PDT

Hi Steven,

Thank you for taking the time to reach out regarding the status of your Lyft account.

I want to reassure you that I have passed these concerns along to the team that can assist you further regarding your specific inquiry. A member of this team will be reaching out to you shortly.

If there's anything else you'd like to inform us of, respond directly to this message.

Best,

Celidey
Lyft Support
help.lyft.com

This email is a service from Lyft. Delivered by Zendesk

[0ED6E5-YV00X]

LYFT *Reproduced to fit the page column. The original is held by Plaintiff. Highlighted: the hand-off to the team, and the invitation to respond.*

### THE SAME INVITATION AND A DIFFERENT THANKS, IN LYFT'S WORDS

| Date, sender | Words from Lyft |
|---|---|
| **Apr 25, 2023 Elizabeth** | "If you have any information that you think may help the team regarding this decision, please feel free to respond directly to this email." |
| **Jul 14, 2023 Jeremy** | "Thank you for your time." |
| **Oct 26, 2023 Celidey** | **"Thank you for taking the time to reach out regarding the status of your Lyft account."** … **"If there's anything else you'd like to inform us of, respond directly to this message."** |

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.

## OCTOBER 26, 2023, 1:02 AM PDT

# Celidey, Lyft Support, takes Mr. Goforth's concerns, passes them to the team that can assist, and says a member "will be reaching out to you shortly."

**WHAT THIS EMAIL DID FOR MR. GOFORTH: THE PROCESS REOPENS (HIS ACCOUNT)**

It read almost word for word like the first email, from Elizabeth, and it came from someone new. His concern was not closed, and it did not loop back to Jeremy. In his account, the process had possibly started over and been handed to a new person, which was what he had prayed for: that his message would reach someone who would apply the Terms and not lean into disdain. It was the bright spot of that day, and he remembers where he was when it arrived. It was day 184 of his downward spiral into poverty, bankruptcy, depression, homelessness and disability.

### THE MARYLAND TEST, SET BESIDE LYFT'S WORDS

| Violation assigned to | Words of Md. Code, State Gov't § 20-304 | Words from Lyft | Count |
|---|---|---|---|
| **Celidey, Lyft Support** **Process reopened** Took his concern and passed it on; no one closed it. | may not refuse, **withhold from**, or **deny** to any person any of the … **advantages**, facilities, or **privileges** | Celidey, 1:02 AM: "I have passed these concerns along to the team that can assist you further regarding your specific inquiry. A member of this team will be reaching out to you shortly." | **VIII, 8A** |
| **Celidey, Lyft Support** **Process reopened** The invitation of April 25, offered again. | may not refuse, **withhold from**, or **deny** to any person any of the … **advantages**, facilities, or **privileges** | Celidey, 1:02 AM: "If there's anything else you'd like to inform us of, respond directly to this message." | **VIII, 8A** |

**LYFT'S TERMS OF SERVICE, DECEMBER 12, 2022, SECTION 16 (WAYBACK COPY OF APRIL 14, 2023)**

***"…you will be given notice of the potential or actual deactivation and an opportunity to attempt to cure the issue to Lyft's reasonable satisfaction prior to Lyft permanently terminating the Agreement."***

***"…For all other breaches of this Agreement, you will be provided notice and an opportunity to cure the breach."***

**WHERE THIS EMAIL IS PLEADED: THE FACTS (¶44)**
*"On or about October 26, 2023, he contacted Lyft again. Lyft wrote that it had 'passed these concerns along to the team that can assist you further,'"*

**AND THE FACTS (¶46)**
*"The only addition Mr. Goforth knows of was his own account on October 26, 2023 (44), which repeated the denial he had put in writing to Lyft on May 3, 2023."*

Also pleaded in the facts (¶37) and Count VI (¶77C and ¶77D).

Lyft <support@lyft-new.zendesk.com> Fri, Oct 27, 2023 at 1:03 PM
Reply-To: Lyft <support+id204825677@lyft-new.zendesk.com>
To: Steven Goforth <mrg4th@gmail.com>

##- Please type your reply above this line -##

Your request (204825677) has been updated. To add additional comments, reply to this email.
You are receiving this email because you submitted a support request. If you did not submit a request for help, no further action is required.

Jonas (Lyft)
Oct 27, 2023, 1:03 PM PDT

Hi Steven,

My name is Jonas and I'm from the Trust & Safety team at Lyft. I am reaching out regarding the current status of your account.

Your account was permanently deactivated on 5/06/2023 for alleged violations of our terms of service. Specifically, this feedback alleged that you made some discriminatory comments about the LGBTQ+ community, making a passenger feel uncomfortable and discriminated against during their ride.

Discrimination against passengers or drivers on the basis of race, national origin, religion, gender, gender identity, physical or mental disability, medical condition, marital status, age, or sexual orientation is not allowed.

After further reviewing the allegations and your entire history on the platform, we have decided to overturn this decision and reactivate your account.

Please keep in mind that any future reports of this nature may lead to your account being reviewed for a final deactivation from the Lyft platform.

Please review your account at lyft.com/drive to update your vehicle or driver documents before getting back out on the road.

Best,

Jonas
Lyft Support
help.lyft.com

This email is a service from Lyft. Delivered by Zendesk

[0ED6E5-YV00X]

LYFT *Reproduced to fit the page column. The original is held by Plaintiff. Highlighted: the permanent deactivation (yellow); the reversal and the return to the platform (green).*

### THE SAME RECORD, TWO ANSWERS, IN LYFT'S WORDS

| Date, sender | Words from Lyft |
|---|---|
| **Jul 14, 2023 Jeremy** | **"The decision to deactivate your account will remain final."** |
| **Oct 27, 2023 Jonas** | **"…we have decided to overturn this decision and reactivate your account."** |

**April 25 to October 27, 2023: 185 days off the platform**

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.

## OCTOBER 27, 2023, 1:03 PM PDT

# Jonas, of Lyft's Trust and Safety team, reverses the deactivation Lyft had called permanent, after 185 days.

**WHAT THIS EMAIL DID FOR MR. GOFORTH: THE TERMS APPLIED AT LAST (HIS ACCOUNT)**

Jonas reviewed the allegations and his entire history on the platform, overturned the deactivation and reactivated the account. In his account, Jonas is the only person at Lyft who applied the Terms to him with the same equality given the passenger on or around April 25, 2023, about 185 days earlier. Persistence mattered. The damage was done, but hope and faith had finally turned into a positive result.

### THE MARYLAND TEST, SET BESIDE LYFT'S WORDS (GREEN: WHERE LYFT'S WORDS COMPLY)

| Compliance credited to | Words of Md. Code, State Gov't § 20-304 | Words from Lyft | Count |
|---|---|---|---|
| **Jonas, Trust & Safety team, Lyft**<br>**Terms applied**<br>The decision called final on May 6 is overturned. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | Jonas, 1:03 PM: **"After further reviewing the allegations and your entire history on the platform, we have decided to overturn this decision and reactivate your account."** | **VIII, 8A** |
| **Jonas, Trust & Safety team, Lyft**<br>**Access restored**<br>Access to the platform is given back. | may not refuse, **withhold from**, or **deny** to any person any of the … **advantages**, facilities, or **privileges** | Jonas, 1:03 PM: **"Please review your account at lyft.com/drive to update your vehicle or driver documents before getting back out on the road."** | **VIII, 8A** |

**LYFT'S TERMS OF SERVICE, DECEMBER 12, 2022, SECTION 16 (WAYBACK COPY OF APRIL 14, 2023)**

***"…you will be given notice of the potential or actual deactivation and an opportunity to attempt to cure the issue to Lyft's reasonable satisfaction prior to Lyft permanently terminating the Agreement."***

***"…For all other breaches of this Agreement, you will be provided notice and an opportunity to cure the breach."***

**WHERE THIS EMAIL IS PLEADED: THE FACTS (¶45)**
*"'[a]fter further reviewing the allegations and your entire history on the platform, we have decided to overturn this decision and reactivate your account.'"*

**AND COUNT II, BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING (¶73)**
*"Lyft used the deactivation discretion its contract gives it dishonestly and arbitrarily."*

**AND COUNT IV, NEGLIGENT SUPERVISION AND RETENTION (¶75C)**
*"and later overturned it on substantially the same record:"*

Also pleaded in the facts (¶46), Count I (¶72B, the 185 days), Count III (¶74E), Count VI (¶77D), Count VII (¶80) and Count VIII (¶83E).

## OCTOBER 21, 2026 (ECF 23 AND ECF 23-1), FOURTEEN DAYS AFTER THE OCTOBER 7, 2026 OPT-OUT NOTICE

**WHERE THIS IS PLEADED: COUNT VIII (8A), LATEST INSTANCE OF DENIAL OF SERVICE: SUPPRESSION**
Pleaded at ¶70, ¶85A and ¶85B. Follows the series that begins with the April 25, 2023 hold.

# Lyft's Reply tells the Court it received "all three" opt-out notices; the fourth, sent to Lyft's opt-out address fourteen days earlier, is not mentioned.

### THE MARYLAND TEST, SET BESIDE LYFT'S WORDS

| Violation assigned to | Words of Md. Code, State Gov't § 20-304 | Words from Lyft | Count |
|---|---|---|---|
| **Jeannie Lieu, Senior Paralegal, Lyft, Inc.**<br>**Denial of service: suppression**<br>Declarant, ECF 23-1. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | No words to quote. ECF 23-1 mentions no opt-out notice. | **VIII, 8A** |
| **Sarah A. Belger, Holland & Knight LLP**<br>**Denial of service: suppression**<br>Counsel for Lyft; signed ECF 23. | may not refuse, **withhold from**, or **deny** to any person any of the … **advantages**, facilities, or **privileges** of the place of public accommodation | ECF 23 at 2: "Lyft received all three opt-out notices" | **VIII, 8A** |

**THE LOCAL RULE AND THE RULES IT ADOPTS, IN THEIR OWN WORDS**

**D. Md. Local Rule 704:** "This Court shall apply the Rules of Professional Conduct as they have been adopted by the Supreme Court of Maryland."

**Md. Rule 19-303.4(a):** an attorney shall not "**conceal** a document or other material having potential evidentiary value."

**Md. Rule 19-303.3(a)(1), (b):** an attorney shall not "**fail to correct a false statement** of material fact or law previously made to the tribunal by the attorney"; the duties "continue to the conclusion of the proceeding."

**Md. Rule 19-308.4(c):** conduct "involving **dishonesty, fraud, deceit or misrepresentation**."

**LYFT'S COUNSEL** **ECF 23, PAGE 2 OF 11: DEFENDANT'S REPLY, SIGNED BY SARAH A. BELGER (PAGE 11)**

"Likewise, Lyft received all three opt-out notices and does not question their authenticity or their compliance with the carve-out's content requirements, so Plaintiff's detailed account of when and how he sent them (ECF 21, at 3; ECF 21-4, Ex. 4 ¶¶ 2–4) establishes facts Lyft has already acknowledged. (ECF 20-2, at 13; Lieu Decl. ¶ 13, Ex. D.)"

**LYFT'S COUNSEL** **ECF 23, PAGE 3 OF 11**

"He accepted the February 2026 Terms on March 3, 2026 and April 8, 2026, and sent opt-out notices on December 19, 2024, March 3, 2026, and April 7, 2026. (Id. ¶¶ 9, 12–13, Exs. B, D; ECF 21-4, Ex. 4-A.)"

**LYFT'S DECLARANT** **ECF 23-1: SUPPLEMENTAL DECLARATION OF JEANNIE LIEU, 2 PAGES**

"I, JEANNIE LIEU, declare as follows: 1. I am a Senior Paralegal at Lyft, Inc. ("Lyft") …" … "Executed on this 21st day of October 2026, at San Francisco, California."

*Its six paragraphs cover the Original Declaration (¶2), the channels of the 2023 acceptances (¶3), the website (¶4), the Rider App (¶5) and Exhibit E, the December 13, 2024 Terms (¶6). None of them mentions an opt-out notice.*

**MR. GOFORTH** **OPT-OUT NOTICE NO. 4, SENT FOURTEEN DAYS BEFORE ECF 23**

Subject: ARBITRATION OPT-OUT: Steven Anthony Goforth, October 7, 2026, Driver Account
From: mrg4th@gmail.com
To: arbitrationoptout@lyft.com
Sent: 2026-10-07 08:37:32 UTC
"Dear Lyft Legal Department, I am writing to formally opt out of arbitration with respect to all Driver Claims, as provided in Section 17 of Lyft's Terms of Service."

*Opt-out notices Lyft's Reply counts: three. This one is the fourth.*

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.

**LYFT SUPPORT** **EMAIL, AUGUST 2, 2025, 8:51 AM PDT, FROM "MARIA, LYFT SUPPORT", QUOTED IN FULL**

Subject: [Lyft] Re: Follow-up from Lyft
From: Lyft <support@lyft-new.zendesk.com>
To: Steven Goforth <mrg4th@gmail.com>

"Your request (228901696) has been updated." … "Maria, Aug 2, 2025, 8:51 AM PDT

Hi Steven,

Thank you for reaching out to Lyft about assisted rides and having to cancel those that require you to lift heavy items such as a wheelchair.

Lyft welcomes all drivers and even encourages drivers who have disabilities and/or use wheelchairs to take full advantage of our platform.

For rides dispatched by an insurance group or patient care, we do advise calling the requester/rider to notify them of the vehicle capacity as well as limited assistance with any wheelchairs. If you arrive at a pick up though and the rider has a large wheelchair, you can cancel the ride so they can request another drive with the appropriate ride type.

As a recap regarding the previous cancelled ride, we are unable to make any exclusions to your acceptance rate for this cancellation.

We appreciate hearing your feedback about a missing feature to help disabled drivers service a ride request more smoothly. This helps us work on an update that can shape Lyft into the best possible experience, for both drivers and drivers alike.

For additional information about riders with wheelchairs, feel free to visit us here as well: Foldable wheelchair policy

If you have any other questions or concerns, don't hesitate to reach back to us again.

Kind regards,
Maria
Lyft Support
help.lyft.com"

*Reproduced in full as text. Highlighted: the advice, the acceptance rate, and the "missing feature."*

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.

## AUGUST 2, 2025, 8:51 AM PDT (LYFT SUPPORT REQUEST 228901696)

**WHERE THIS IS PLEADED: COUNT VIII (8B), DISABILITY**
Pleaded at ¶69A and ¶84A. Follows the series that begins with the April 25, 2023 hold.

# Lyft Support acknowledged a "missing feature" for disabled drivers, made no exclusion to Mr. Goforth's acceptance rate, and the email states no referral of his request.

### THE MARYLAND TEST, SET BESIDE LYFT'S WORDS

| Violation assigned to | Words of Md. Code, State Gov't § 20-304 | Words from Lyft | Count |
|---|---|---|---|
| **Maria, Lyft Support**<br>**Denial of service: acceptance rate**<br>Request 228901696. | may not refuse, **withhold from**, or **deny** to any person any of the … **advantages**, facilities, or **privileges** of the place of public accommodation | Maria, 8:51 AM: "we are unable to make any exclusions to your acceptance rate" | **VIII, 8B** |
| **Maria, Lyft Support**<br>**Denial of service: missing feature**<br>Request 228901696. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | Maria, 8:51 AM: "a missing feature to help disabled drivers service a ride request more smoothly" | **VIII, 8B** |
| **Maria, Lyft Support**<br>**Denial of service: disability**<br>His request was not forwarded to the department that handles accessibility and disability; the email states no referral and no follow-up. | may not refuse, withhold from, or deny to any person any of the accommodations, advantages, facilities, or privileges … because of the person's … **disability** | No words to quote. The email does not say Maria passed his request on. | **VIII, 8B** |

**THE MARYLAND TEST (COUNT VIII): MD. CODE, STATE GOV'T § 20-304**
"An owner or operator of a place of public accommodation or an agent or employee of the owner or operator may not refuse, withhold from, or deny to any person any of the accommodations, advantages, facilities, or privileges of the place of public accommodation because of the person's race, sex, age, color, creed, national origin, marital status, sexual orientation, gender identity, or disability."

LYFT APP SUPPORT CHAT HISTORY, ENTRIES SHOWN FROM 08/09/22 TO 10/27/26, OLDEST FIRST

| Date | Entry |
| --- | --- |
| 08/09/22 | **Lyft Safety** "This chat was closed on Aug 9, 2022 at 8:11:22 AM. If you still need help, please …" |
| 08/24/22 | **Ride earnings** "Was your issue resolved?" |
| 09/08/22 | **Driver incentive** "This chat was closed on Sep 8, 2022 at 8:41:05 PM. If you still need help, please …" |
| 10/15/22 | **Driver accounts** "Was your issue resolved?" |
| 11/03/22 | **Express Drive** "Was your issue resolved?" |
| 11/03/22 | **Insurance update** "Was your issue resolved?" (last entry before the gap) |

**1,244 DAYS**

In Mr. Goforth's account, Lyft deleted all support messages within these 1,244 days.

November 3, 2022 to March 31, 2026

| Date | Entry |
| --- | --- |
| 03/31/26 | **Express Drive** "This issue is closed. If you still need help, please contact us again." (first entry after the gap) |
| 04/21/26 | **Lyft support** (no preview line shown) |
| 09/18/26 | **Lyft support** (no preview line shown) |
| 10/04/26 | **Lyft support** "This issue is closed. If you still need help, please contact us again." |
| 10/27/26 | **Lyft Safety** "Lyft Support: Thank you for waiting. An agent will be with you shortly. See the u…" |

**Plaintiff intends to file a complaint with the Maryland Commission on Civil Rights.**
https://mccr.maryland.gov/
Most recent incident: October 21, 2026, Lyft's filing at ECF 23 and ECF 23-1, shown at Exhibit 1, Page 18 of 20.

## SUPPORT CHAT HISTORY: NOVEMBER 3, 2022 TO MARCH 31, 2026

**WHERE THIS IS PLEADED: COUNT VIII (8C), ACCESS TO APP DATA**
Pleaded at ¶85C. Access to app data. Points to Count VIII (8B), Exhibit 1, Page 19.

## Mr. Goforth cannot delete anything from his support chat history. Lyft deleted the sessions between 11/03/22 and 03/31/26, for reasons unknown.

THE MARYLAND TEST, SET BESIDE THE RECORD

| Violation assigned to | Words of Md. Code, State Gov't § 20-304 | Words from Lyft | Count |
| --- | --- | --- | --- |
| Lyft, Inc.<br>**Denial of service: access to app data**<br>No individual is known to Mr. Goforth. | may not refuse, **withhold from**, or **deny** to any person any of the … **privileges** of the place of public accommodation | The screen titled "Support chat history" shows entries to 11/03/22, then none until 03/31/26. | VIII, 8C |

**THE MARYLAND TEST (COUNT VIII): MD. CODE, STATE GOV'T § 20-304**

"An owner or operator of a place of public accommodation or an agent or employee of the owner or operator may not refuse, withhold from, or deny to any person any of the accommodations, advantages, facilities, or privileges of the place of public accommodation because of the person's race, sex, age, color, creed, national origin, marital status, sexual orientation, gender identity, or disability."

### In Mr. Goforth's words

Plaintiff does not have the ability to remove chat sessions or support session history from his app. His level of access does not include the ability to delete anything. Therefore these sections were deleted by the defendant, Lyft, for reasons unknown.

PLAINTIFF'S EXHIBIT 1

Lyft app support chat history, November 3, 2022 to March 31, 2026

# PLAINTIFF’S EXHIBIT 2

RideShare DJ marketing materials

Part 1 is the marketing video, with its complete transcript. Part 2 is the users guide video, with a summary of its transcript by section and time stamp. Part 3 is the printed marketing postcard, front and back.

# PLAINTIFF'S EXHIBIT 2

## PART 1

## Marketing Video: "Get 3 Days Free Premium Stream"

The images in the left column are the images that were presented to users and visitors on the Google Play Store. They explain what the RideShare DJ mobile app does and what it contained, in compliance with Android device rules and Google Play Store policy. The text in the right column is the complete transcript of the Marketing Video, with its time stamps in minutes:seconds.

### Watch the Marketing Video on YouTube:

[https://www.youtube.com/watch?v=VzzxObl0D0s](https://www.youtube.com/watch?v=VzzxObl0D0s)







**[00:01]** On the streets of every city around the world, there are unsung heroes who keep our lives moving every day. They are the ride-share drivers, the backbone of global transportation systems. Every day, rain or shine, they navigate their way through our roads and highways, going the extra mile to ensure that their passengers can reach their destinations both safely and on time.

**[00:22]** Ride-share drivers are the ones who go above and beyond, offering a helping hand when we need it most. Their dedication is what keeps our cities moving forward. It's time that their hard work is recognized and rewarded with our gratitude for the vital services they provide. But, behind the wheel, they face challenges that often go unnoticed.

**[00:43]** Long hours, unpredictable weather, and the constant pressure to provide for their families. Many give all their time and energy to their ride-share platforms, while others are driving part-time while juggling multiple jobs just to make ends meet. Yet, their contributions are often underappreciated. Are you a ride-share driver looking to maximize your earnings? Introducing the RideShare DJ mobile app.

**[01:09]** A new app designed to boost your tips and elevate your daily income. With the RideShare DJ mobile app, ride-share drivers have the power to take their tips and ratings to the next level. The RideShare DJ mobile app has in-app features that encourage your passengers to reward their drivers with bigger and more frequent tips.

**[01:28]** With premium audible notifications and reminders, your passenger will hear messaging like this. Please be kind and tip your driver for helping you to arrive safely at your destination. And yes, cash tips are always allowed and appreciated. As well as important audible safety messages like Everyone's privacy is important.

**Watch the Marketing Video on YouTube:**
https://www.youtube.com/watch?v=VzzxObl0D0s










**[01:46]** So, please be aware that personal questions are great amongst friends, family, and the people that we already know. However, it's a little awkward when everyone inside the vehicle are strangers. So, please keep the conversations light so that everyone can feel safe and comfortable during this ride.

**[02:06]** And be advised that your driver may primarily assign all passengers to this vehicle's backseat area while only giving access to the front passenger seat in the event of passenger overflow. And that is just a preview of the many other messaging commands programmed into the Ride Share DJ mobile app that can virtually reduce passenger issues and misunderstandings because the policies and rules are built into your entertainment breaks.

**[02:31]** So, you can now be in complete control of your ride share environment. And at the heart of all of these great features is our very own Ride Share radio network. We offer an unlimited music repository of ride share neutral music tracks suitable for all ages, genders, and cultures. We've carefully selected the types of songs that promote a more cheerful and relaxed mood so that whatever your passengers are going through in their personal lives, they will be less likely to project their anxieties towards you while riding

**[03:00]** inside your vehicle. Eliminate the danger of getting into car accidents from taking your eyes off the road to search for music during your ride share trips. Stay focused on driving and your passenger's safety and let your new Ride Share DJ mobile app make all your rides a safe and entertaining experience. Just imagine all of the amazing growth opportunities you'll have when you incorporate the Ride Share DJ mobile app with your ride share business.

**[03:26]** With real-time audio messaging, reminding your passengers of just how essential your services really are. So, don't miss out on this great new way to maximize your ride share earnings. Download the Ride Share DJ mobile app and we'll give you a 3-day free trial to our premium stream so you can start earning bigger and more frequent tips right away.

# PLAINTIFF'S EXHIBIT 2

## PART 2




### Users Guide: "RideShare Dj Mobile App Users Guide (FULL VERSION)"

Running time shown on YouTube: 57:20. Time stamps are from the transcript, in minutes:seconds.

**Watch the User's Guide Video on YouTube:**
https://www.youtube.com/watch?v=BvtoT7IadRU

| Time | Section | What the guide says |
|---|---|---|
| 00:04 | **Welcome and introductions** | Host Luna Star introduces the other RideShare Radio Network hosts. Steve G is introduced as the person who "created this groundbreaking app just for ride share drivers" [04:10]. Each host and show named in this section is shown below, in the order named. |





**THE TAKEOVER | Weekend Ride Share Radio Show**
Luna Star: RideShare Dj Host
Named in the guide at [00:04].





**THE SUNDAY SUNRISE | Inspiration Radio Show**
Seth Holiday: RideShare Dj Host
Named in the guide at [00:47].





**THE KNIGHT RIDER | Late Night Radio Show**
Ya Boi, J.T.: RideShare Dj Host
Named in the guide at [01:26].





**THE LONELY ROAD | Overnight Show**
Yo Princess: RideShare Dj Host
Named in the guide at [01:26].





**LET'S RIDE! | Top Music Countdown**
Que T. Pye: RideShare Dj Host
Named in the guide at [01:26]; the guide calls her "cutie pie."





**THE GOLDEN AGE | Throwback Radio Show**
O.G. Tobias: RideShare Dj Host
Named in the guide at [02:11].





**THE RIDESHARE TRIPS & TIPS | Weekend Radio Show**
Madison Vaughn: RideShare Dj Host
Named in the guide at [02:52].





**THE RIDESHARE MILLIONAIRE | Financial Lifestyle Show**
Deuce Wane: RideShare Dj Host
Named in the guide at [02:52].





**THE WAKE-UP | Saturday Morning Coffee House Radio Show**
Evan Reese: RideShare Dj Host
Named in the guide at [03:32].





**The JAZZSCAPE | Sunday Afternoon Radio Show**
Quincy Parker: RideShare Dj Host
Named in the guide at [04:10].





**THE RISE & GRIND | Morning Surge Radio Show**
Steve Gee: RideShare Dj Host
Named in the guide at [04:10] as "Steve G": "he is the one who created this groundbreaking app just for ride share drivers like you."

| Time | Section | What the guide says |
|---|---|---|
| 05:32 | **Home screen overview** | Names each home-screen button: free standard stream, premium stream, Ride Scare Shout, Passenger Mall, affiliate program, RIDERtisement in-car advertising, and the Ride with the Boss podcast. |



App screens shown in the guide.

| | | |
|---|---|---|
| 11:22 | **Standard and premium streams** | Free stream is for marketing and demonstrating sound quality. Show schedules and host profiles are open to everyone. Premium stream carries the tip reminders and safety messages and is for paid subscribers. Checkout accepts PayPal and major credit and debit cards. |




| | | |
|---|---|---|
| 15:56 | **Account and support** | Subscriber portal for invoices, balance, payment methods and plan changes. Three-step account activation. In-app knowledge base and live premium support. |



| Time | Section | What the guide says |
| --- | --- | --- |
| 23:01 | **Ride Scare Shout** | Subscribers record a 30-second message about a passenger experience; selected shouts may air on the network and lead to a podcast interview. |





**LET'S RIDE! | Top Music Countdown**
Que T. Pye: RideShare Dj Host
Presented in the guide by the host of this show; named at [22:07].

| | | |
| --- | --- | --- |
| 30:05 | **Passenger Mall** | Mobile retail program for approved drivers to sell physical products to passengers. The guide states that the dealer sign-up form "was not yet available" when the video was produced and invites viewers to join a waiting list [34:06]. |





**THE GOLDEN AGE | Throwback Radio Show**
O.G. Tobias: RideShare Dj Host
Presented in the guide by the host of this show; named at [29:10].

| | | |
| --- | --- | --- |
| 36:50 | **Affiliate program** | Affiliates refer drivers by QR code and earn a sign-up bonus and monthly residuals. The guide states that access to apply "was not yet available" when the video was produced and invites viewers to join a waiting list [40:09]. |








**THE RIDESHARE MILLIONAIRE | Financial Lifestyle Show**
Deuce Wane: RideShare Dj Host
Presented in the guide by the host of this show; named at [36:02].

| | | |
| --- | --- | --- |
| 42:58 | **RIDERtisement in-car advertising** | Passengers who sign up through a driver's QR code receive 50% off a first advertising campaign; the driver earns a commission. The guide states that registration "was not yet available" when the video was produced [46:20]. |





**THE KNIGHT RIDER | Late Night Radio Show**
Ya Boi, J.T.: RideShare Dj Host
Presented in the guide by the host of this show; named at [41:29].

| Time | Section | What the guide says |
|---|---|---|
| 49:18 | **Ride with the Boss podcast** | Steve G describes himself as a ride-share driver and describes the podcast he hosts for drivers on handling passenger situations. |






**THE RISE & GRIND | Morning Surge Radio Show**
Steve Gee: RideShare Dj Host
Presented in the guide by the host of this show; named at [47:43].

Summary prepared by Plaintiff from the guide's transcript. The full guide is available at the link above.

# PART 3

## Marketing Postcard (front and back)







**A low-cost marketing option built for a one-employee company.**

Postcards and drivers come together at:

- **AIRPORTS**
  - Pick-Up Lots
- **SHOPPING MALLS**
  - Curbside Areas
- **RESTAURANTS**
  - Valet Lots
- **MOVIE THEATERS**
  - General Parking
- **TRANSIT HUBS**
  - Pick-Up/Dropoff
- **HOTELS**
  - General Parking
- **PUBLIC EVENTS**
  - Designated Waiting
- **UNIVERSITIES**
  - Transportation Hubs
- **SPORTS ARENAS**
  - Event Parking
- **And More...**

# PLAINTIFF’S EXHIBIT 3

RiderTainment LLC records

Florida articles of organization for RiderTainment LLC, its Internal Revenue Service employer identification notice, a bank statement, a music license invoice, a platform cost specification sheet, and the Autonomous Personal DJ projected offering schedule and system diagram.

# Electronic Articles of Organization
# For
# Florida Limited Liability Company

L21000133287
FILED 8:00 AM
March 22, 2021
Sec. Of State
tasimmons

## Article I

The name of the Limited Liability Company is:

RIDERTAINMENT LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

1931 CORDOVA RD
#3094
FORT LAUDERDALE, FL. US 33316

The mailing address of the Limited Liability Company is:

1931 CORDOVA RD
#3094
FORT LAUDERDALE, FL. US 33316

## Article III

The name and Florida street address of the registered agent is:

STEVEN A GOFORTH
1931 CORDOVA RD
#3094
FORT LAUDERDALE, FL. 33316

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: STEVEN A GOFORTH

L21000133287
FILED 8:00 AM
March 22, 2021
Sec. Of State
tasimmons

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: MGR
STEVEN A GOFORTH
1931 CORDOVA RD # 3094
FORT LAUDERDALE, FL. 33316 US

## Article V

The effective date for this Limited Liability Company shall be:

03/21/2021

Signature of member or an authorized representative

Electronic Signature: STEVEN A GOFORTH

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 03-09-2021

Employer Identification Number:
XX-XXX5452

Form: SS-4

Number of this notice: CP 575 G

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

RIDERTAINMENT LLC
RIDESHARE RADIO NETWORK
% STEVEN ANTHONY GOFORTH SOLE MBR
21630 MILSA DR APT 2413
SAN ANTONIO, TX 78256

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN XX-XXX5452. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation. If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*. The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS**:

* Keep a copy of this notice in your permanent records. **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.** You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return the stub.

Your name control associated with this EIN is RIDE. You will need to provide this information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

(IRS USE ONLY)    575G              03-09-2021  RIDE  O  9999999999  SS-4

Keep this part for your records.        CP 575 G (Rev. 7-2007)

---

Return this part with any correspondence
so we may identify your account.  Please
correct any errors in your name or address.

CP 575 G

9999999999

| Your Telephone Number | Best Time to Call | |
|---|---|---|
| (     )      - | | DATE OF THIS NOTICE:  03-09-2021 |
| | | EMPLOYER IDENTIFICATION NUMBER:  XX-XXX5452 |
| | | FORM:  SS-4              NOBOD |

INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

RIDERTAINMENT LLC
RIDESHARE RADIO NETWORK
% STEVEN ANTHONY GOFORTH SOLE MBR
21630 MILSA DR APT 2413
SAN ANTONIO, TX  78256

intuit quickbooks

RiderTainment LLC
Steven Goforth
21630 Milsa Dr, Apt 2413
San Antonio, TX 78256

**STATEMENT PERIOD**
Apr. 22, 2021 to May 21, 2021

**ACCOUNT NUMBER**
XXXX-XXXX-XX29-98

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance on Apr. 22, 2021 | $0.00 |
| Credits | + $701.26 |
| Debits | - $540.15 |
| Ending Balance on May 21, 2021 | **$161.11** |

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/23/2021 | Intuit Inc.<br>Deposit<br>VISA DIRECT CA | + $5.00 |
| 04/26/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $0.05 |
| 05/03/2021 | Walmart Supercenter 3107<br>Cash Deposit<br>San Antonio TX | + $666.26 |
| 05/04/2021 | GOOGLE*DOMAINS<br>Purchase<br>SUPPORT.GOOGL CA | - $32.00 |
| 05/10/2021 | GOOGLE*DOMAINS<br>Purchase<br>SUPPORT.GOOGL CA | - $12.00 |
| 05/11/2021 | WAL Wal-Mart Super 000459<br>Purchase<br>SAN ANTONIO TX | - $21.27 |
| 05/11/2021 | GOOGLE*DOMAINS<br>Purchase<br>SUPPORT.GOOGL CA | - $30.00 |
| 05/18/2021 | QT 4014 OUTSIDE<br>Purchase<br>BOERNE TX | - $40.13 |
| 05/18/2021 | GOOGLE*DOMAINS<br>Refund<br>SUPPORT.GOOGL CA | + $30.00 |
| 05/19/2021 | ASCAP LICENSE FEE | - $269.00 |

Banking services provided by Green Dot Bank, Member FDIC

RiderTainment LLC
Steven Goforth
21630 Milsa Dr, Apt 2413
San Antonio, TX 78256

**STATEMENT PERIOD**
Apr. 22, 2021 to May 21, 2021

**ACCOUNT NUMBER**
XXXX-XXXX-XX29-98

# TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Purchase<br>800-505-4052 NY | |
| 05/19/2021 | AMZN Mktp US*2R8XS1AV1<br>Purchase<br>AMZN.COM/BILL WA | - $35.70 |
| 05/19/2021 | CVS STORE #0-S5122135 IH1<br>ATM Withdrawal<br>SAN ANTONIO TX | - $100.00 |

Banking services provided by Green Dot Bank, Member FDIC

PO Box 331608, Attn: New Media & Technology
Nashville, TN 37203-7515
Attn: New Media & Technology
Phone: 1-800-652-7227
Fax: 1-615-691-7795
Email: glcs@ascap.com



***Invoice/Statement of Account as of: 06/15/2021***

Steven A. Goforth
Controlling Member
RiderTainment LLC
1931 Cordova Rd Suite 3094
Suite 3094
Fort Lauderdale, FL 33316

Re: RideShare Radio Network
RiderTainment LLC
1931 Cordova Rd Suite 3094
Fort Lauderdale, FL 33316

*If You Have Already Made Payment, Please Disregard This Invoice.*
*In Case Of Error In Amount Of Bill Or Payment, Contract Terms Shall Govern.*

| ACCOUNT NO. | BILLING DATE | CURRENT | PAST DUE | BALANCE DUE |
|---|---|---|---|---|
| 400010302 | 06/15/2021 | $0.00 | $0.00 | **$0.00** |

Digital 1

| ASCAP REFERENCE NO. | TRANSACTION DATE | CHECK NO. | EXPLANATION OF CHARGES & CREDITS | FOR THE PERIOD | AMOUNT | REMAINING BALANCE |
|---|---|---|---|---|---|---|
| | 5/20/2021 | | PREVIOUS BALANCE | | | $0.00 |
| 100005689966 | 5/21/2021 | - | Lic Fee - Licensee Estimate | 05/15/2021 to 05/14/2022 | $269.00 | $269.00 |
| 305003911405 | 5/21/2021 | 635184 | Payment | 05/18/2021 to | $(269.00) | $0.00 |

------------------------------------------------------------ **TEAR ON THE DOTTED LINE** ------------------------------------------------------------

PLEASE PLACE YOUR CUSTOMER ACCOUNT NO. ON ALL CHECKS AND CORRESPONDENCE. PLEASE MAKE CHECK PAYABLE TO *"ASCAP".*

RiderTainment LLC
1931 Cordova Rd Suite 3094
Suite 3094
Fort Lauderdale, FL 33316

| ACCOUNT NO. | BALANCE DUE | AMOUNT PAID |
|---|---|---|
| 400010302 | $0.00 | $ |

940001030210000000000

**Name, Address, Telephone Changes**

Licencee:______________________________

Premise:______________________________

Street: ______________________________

City, State, Zip: ______________________________

Contact Name:______________________________

Telephone: (______)______________________________

Digital 1

ASCAP
21678 Network Place
Chicago, IL 60673-1216

# PLAINTIFF'S EXHIBIT 3

CONFIDENTIAL

## Platform Cost Specification Sheet

### RiderTainment LLC, Administrative Infrastructure

RideShare DJ mobile app, RideShare Radio Network and Passenger Mall

| ENTITY | WORKSTREAMS | PLATFORMS | EARLIEST RECORD | REPORT DATE |
|---|---|---|---|---|
| RiderTainment LLC | 8 | 45 | Dec 2020 | Nov 5, 2026 |

| Platform | Function | Website | Started | Yearly / Monthly |
|---|---|---|---|---|
| **A TRADEMARK AND FORMATION** | | | | 3 platforms |
| **USPTO** | Trademark, RideShare DJ, Serial No. 90623755 | uspto.gov | Mar 2022 | Confidential |
| **Florida Division of Corporations** | LLC filing | sunbiz.org | Mar 21, 2021 | Confidential |
| **OnlineNotary.net** | Remote notary | onlinenotary.net | Mar 23, 2021 | Confidential |
| **B MOBILE APP DEVELOPMENT AND DISTRIBUTION** | | | | 4 platforms |
| **Apple Developer Program** | iOS developer account | developer.apple.com | Apr 2021 | Confidential |
| **GoodBarber** | RideShare DJ app builder | goodbarber.com | Dec 2022 | Confidential |
| **Google Play Console** | Android publishing | play.google.com/console | Mar 18, 2023 | Confidential |
| **Apple TestFlight** | iOS app testing | testflight.apple.com | Jan 18, 2024 | Confidential |
| **C SUBSCRIPTION BILLING AND PAYMENTS** | | | | 7 platforms |
| **Zoho Subscriptions** | Subscription billing | zoho.com/subscriptions | Mar 30, 2021 | Confidential |
| **Stripe** | Payment processing and links | stripe.com | Sep 2022 * | Confidential |
| **Pabbly Subscription Billing** | Subscription billing | pabbly.com | Jan 3, 2023 | Confidential |
| **Chargebee** | Subscription billing | chargebee.com | Mar 15, 2023 | Confidential |
| **PayPal Business** | Payments | paypal.com | Mar 19, 2023 | Confidential |
| **Recurly** | Subscription billing | recurly.com | Apr 6, 2023 | Confidential |
| **QuickBooks Money (Intuit)** | Business banking and deposits | quickbooks.intuit.com | Feb 2026 | Confidential |
| **D CRM, EMAIL AND MESSAGING** | | | | 10 platforms |
| **Zoho One** | CRM and business suite | zoho.com/one | Mar 31, 2021 | Confidential |
| **AWeber** | Email lists and segments | aweber.com | Nov 2022 * | Confidential |
| **Pipedrive** | CRM and email campaigns | pipedrive.com | Jan 2023 * | Confidential |
| **EmailOctopus** | Email lists | emailoctopus.com | Jan 2023 * | Confidential |
| **ActiveCampaign** | Email automation | activecampaign.com | Feb 2023 * | Confidential |
| **Twilio** | SMS messaging, A2P 10DLC | twilio.com | Feb 2023 * | Confidential |
| **Freshworks (Freshsales, Freshdesk)** | CRM and support desk | freshworks.com | Mar 2023 | Confidential |
| **Slack** | Team messaging | slack.com | Mar 2023 * | Confidential |
| **ClickSend** | SMS notifications | clicksend.com | Jan 2024 * | Confidential |
| **Tawk.to** | Live chat | tawk.to | Aug 2024 * | Confidential |
| **E AUTOMATION AND INTEGRATION** | | | | 4 platforms |
| **Zapier** | App integrations | zapier.com | Sep 2022 * | Confidential |
| **Integrately** | App integrations | integrately.com | Oct 2022 | Confidential |
| **Make** | App integrations | make.com | Jan 2023 * | Confidential |
| **Pabbly Connect** | App integrations and webhooks | pabbly.com | Oct 2022 * | Confidential |
| **F WEBSITES, FUNNELS, DOMAINS AND DESIGN** | | | | 7 platforms |
| **ConvertKit** | Email marketing | convertkit.com | Oct 2021 | Confidential |
| **Shopify** | Passenger Mall online store | shopify.com | Apr 2022 | Confidential |
| **Renderforest** | Website and video builder | renderforest.com | Apr 2022 | Confidential |
| **GoDaddy** | Domain registration and transfer | godaddy.com | Jun 1, 2022 | Confidential |
| **Simvoly** | Websites and sales funnels | simvoly.com | Oct 2022 * | Confidential |
| **Google Analytics** | Website analytics | analytics.google.com | Feb 2023 * | Confidential |
| **Adobe Express** | Graphics and QR codes | adobe.com/express | Dec 2023 * | Confidential |
| **G RADIO, AUDIO AND VOICEOVER** | | | | 5 platforms |
| **Amazon Polly** | Text-to-speech voiceover | aws.amazon.com/polly | Dec 2020 * | Confidential |
| **RadioKing** | Internet radio platform | radioking.com | May 2021 | Confidential |
| **Anchor.fm** | Podcast hosting | anchor.fm | Oct 2022 * | Confidential |
| **Murf.ai** | AI voiceover | murf.ai | Sep 2023 * | Confidential |
| **MixPad** | Audio mixing | nch.com.au/mixpad | Jul 2024 * | Confidential |
| **H MARKETING, HIRING AND FUNDRAISING** | | | | 5 platforms |
| **Patreon** | Account: RiderTainment | patreon.com | Oct 12, 2022 | Confidential |
| **Buy Me a Coffee** | Creator support page | buymeacoffee.com | Nov 14, 2022 | Confidential |
| **Upwork** | Hiring, Digital Marketing job post | upwork.com | Sep 2023 | Confidential |
| **GoFundMe** | Fundraiser: Ready to Launch. But, I need Rocket Fuel. | gofundme.com | Oct 14, 2023 | Confidential |
| **Kickstarter** | Account | kickstarter.com | Oct 16, 2023 | Confidential |

Started = earliest dated record found in the company's email or saved files. * = month of a saved company file. Yearly / Monthly cost: Confidential.

# APDJ Investor Summary: Projected Offering Schedule

What the five-round schedule would have been, April 25, 2023 to November 6, 2026 (to date).
A projection, not a record of any sale or offering that occurred.

**DATE LINE: SCHEDULE HAD THE COMPANY NOT BEEN DESTROYED**

**Apr 25, 2023** hold date, projected Round 1 opening

**Sep 9, 2023** Round 1 projected funds dispersed

**Dec 8, 2023** Round 2 projected opening

**May 7, 2024** Round 2 projected funds dispersed

**Aug 5, 2024** Round 3 projected opening

**Jan 26, 2025** Round 3 projected funds dispersed

**Apr 26, 2025** Round 4 projected opening

**Nov 20, 2025** Round 4 projected funds dispersed

**Feb 18, 2026** Round 5 projected opening

**Nov 6, 2026** to date (as of today)

## A ROUND 1 — Projected raise $250,000 — Cumulative projected $250,000

**Projected opening** Apr 25, 2023 **Projected funds dispersed, success milestone** Sep 9, 2023

Projected window 137 days

| $0.01 | 1x | 0% | $1,000 |
|---|---|---|---|
| Price per share | Multiple of $0.01 | Increase | $1,000 invested becomes |

**90-day rest period: Sep 9, 2023 to Dec 8, 2023**

## B ROUND 2 — Projected raise $750,000 — Cumulative projected $1,000,000

**Projected opening** Dec 8, 2023 **Projected funds dispersed, success milestone** May 7, 2024

Projected window 151 days, about +10% over Round 1

| $0.02 | 2x | +100% | $2,000 |
|---|---|---|---|
| Price per share | Multiple of $0.01 | Increase | $1,000 invested becomes |

**90-day rest period: May 7, 2024 to Aug 5, 2024**

## C ROUND 3 — Projected raise $3,000,000 — Cumulative projected $4,000,000

**Projected opening** Aug 5, 2024 **Projected funds dispersed, success milestone** Jan 26, 2025

Projected window 174 days, about +15% over Round 2

| $0.05 | 5x | +400% | $5,000 |
|---|---|---|---|
| Price per share | Multiple of $0.01 | Increase | $1,000 invested becomes |

**90-day rest period: Jan 26, 2025 to Apr 26, 2025**

## D ROUND 4 — Projected raise $15,000,000 — Cumulative projected $19,000,000

**Projected opening** Apr 26, 2025 **Projected funds dispersed, success milestone** Nov 20, 2025

Projected window 208 days, about +20% over Round 3

| $0.10 | 10x | +900% | $10,000 |
|---|---|---|---|
| Price per share | Multiple of $0.01 | Increase | $1,000 invested becomes |

**90-day rest period: Nov 20, 2025 to Feb 18, 2026**

## E ROUND 5 — Projected raise $45,000,000 — Cumulative projected $64,000,000

**Projected opening** Feb 18, 2026 **Projected funds dispersed, success milestone** Nov 6, 2026

Projected window 261 days, about +25% over Round 4

| $0.25 | 25x | +2,400% | $25,000 |
|---|---|---|---|
| Price per share | Multiple of $0.01 | Increase | $1,000 invested becomes |

**AS OF NOVEMBER 6, 2026 (TO DATE)**

**Reference beyond Round 5:** $1.00 per share is 100x the $0.01 price, an increase of 9,900%; $1,000 invested becomes $100,000. Arithmetic of the structure only.

**Nature of this exhibit.** A projection of what the offering schedule would have been had the company not been destroyed. Round 1 is placed at the April 25, 2023 hold date; a projected opening marks a period in which shares would have been available for purchase and does not record any sale or action that occurred. Projections of a business plan, not realized revenue, not a valuation, not a damages amount. The price steps are illustrative multiples of the $0.01 Round 1 offering price, one assigned to each round; the issuer sets actual offering prices.

**Schedule method.** Five projected windows of 137, 151, 174, 208 and 261 days (each about 10, 15, 20 and 25 percent longer than the one before, in whole days) plus four 90-day rest periods total 1,291 days.

**To date.** November 6, 2026 is an as-of marker: the day this exhibit is uploaded to the court with the amended complaint and its exhibits. The projection stops there because it cannot run past that date. It is not a filing with the SEC or any agency.

# APDJ: Autonomous Personal DJ

System interaction diagram, rider journey from vehicle entry to arrival

RiderTainment LLC · RideShare Radio Network
Prepared November 6, 2026




Source: APDJ Technical Specification, built November 5, 2026 from Steven Goforth's statements only. Block names (identity resolver, stream mixer) are functional labels for behaviors the specification states.

Connectivity between the vehicle, the rider's phone and the platform company app, and every hardware, protocol and vendor detail, is OPEN. Platform messaging is drawn through the Network per the specification; its routing is OPEN. Option 2 and licensing as stated by Steven Goforth.

# PLAINTIFF’S EXHIBIT 4

RideShare Radio Network host biographies

The biography of each of the eleven hosts of the RideShare Radio Network, quoted from the network page, with the name of each host’s show.

# PLAINTIFF'S EXHIBIT 4

## RideShare Radio Network: Host Biographies

Source: Network page, https://ridesharedj.netlify.app/ridesharedj.com/index.html. Biography text is quoted from the page, with Steve Gee's name spelled Steve Gee throughout.



### Steve Gee

**THE RISE & GRIND | Morning Surge Radio Show**

Weekday Mornings 8am - Noon EST

It is the need to work in peace, while on the road giving their essential services, which is more important to drivers, more than anything else. However, this is more than what the owners of the rideshare companies are willing to deal with. So, for this reason, Steve Gee's top priority is to assist rideshare drivers in maintaining control over their automobile/place of business, and to optimize driver pay through increased passenger gratuities. If you want to help improve rideshare for the better and get paid what you are truly worth, then Rise & Grind, tune in and listen to Steve Gee. Each weekday 8am eastern standard time.



### Que T. Pye

**LET'S RIDE! | Top Music Countdown**

Weekdays Noon to 4:00pm EST

"I know how difficult it can be to get started in this business without the right support," but thanks to some awesome people at The RideShare Radio Network, especially to Steve Gee, we RideShare DJ's, affectionately call "Dad", and I've been offered the ability and freedom to support artist in the music industry on my own terms.



### O.G. Tobias

**THE GOLDEN AGE | Throwback Radio Show**

Weekday Evenings 4:00pm to 8:00pm EST

I'm a huge fan of Hip Hop Music, especially of artist like, 2Pac, Biggie, LL Cool J and countless others.



### Ya Boi, J.T.

**THE KNIGHT RIDER | Late Night Radio Show**

Weeknights 8:00pm to Midnight EST

The Knight Music Mix carries a frequency like none other. It is the wild animal inside your head, hunting for its mental and emotional food in the dark of night.



### Yo Princess

**THE LONELY ROAD | Overnight Show**

Weekdays Overnight 12:00am to 4:00am EST

Not sure if you're an introvert, or an extrovert? Well, if you prefer being alone, just you and the empty road in the middle of the night, then you're most likely an introvert.



### Evan Reese

**THE WAKE-UP | Saturday Morning Coffee House Radio Show**

Saturday Mornings 5:00am to Noon EST

Hello, I'm Evan Reese, your host for The Wake-Up Saturday Morning Coffee House Radio Show. As a connoisseur of fine coffee and cigars with a deep love for jazz, I'm here to enrich your Saturday mornings with a blend of exquisite music and refined tastes.



### Luna Star

**THE TAKEOVER | Weekend Ride Share Radio Show**

Friday Nights 8:00pm to 5:00am Saturday Mornings EST; Saturday Nights 8:00pm to 5:00am Sunday Mornings EST

Luna Star is a force of nature on the airwaves, with an unstoppable drive to turn every ride into a party on wheels.



### Madison Vaughn

**THE RIDESHARE TRIPS & TIPS | Weekend Radio Show**

Saturdays Noon to 8:00pm EST; Sundays 4:00pm to Midnight EST

Madison Vaughn is a distinguished figure in the world of advanced technical engineering, with a sharp intellect honed at some of the most prestigious educational institutions in the field.



### Quincy Parker

**The JAZZSCAPE | Sunday Afternoon Radio Show**

Sundays Noon to 4:00pm EST

Quincy Parker, the esteemed host of THE JAZZSCAPE Sunday Afternoon Radio Show, carries a deep and personal connection to the music he shares with his listeners.



### Deuce Wane

**THE RIDESHARE MILLIONAIRE | Financial Lifestyle Show**

Weekdays Early Mornings 4:00am to 8:00am EST

There are many people earning dividends from the labor of the rideshare work forces, and I am going to uncover some key money earning opportunities available to anyone who can see value.



### Seth Holiday

**THE SUNDAY SUNRISE | Inspiration Radio Show**

Sundays 5:00am to Noon

Seth Holiday is a beacon of compassion and empathy on the airwaves, earning his reputation as the most empathetic rideshare DJ host on the network.

# PLAINTIFF’S EXHIBIT 5

Social Security Administration Notice of Award

Pages 1, 3 and 6 of the Social Security Administration’s Notice of Award dated August 6, 2026, on Mr. Goforth’s Supplemental Security Income claim. Payment amounts are redacted.

# Social Security Administration
# **Supplemental Security Income**
Notice of Award

SOCIAL SECURITY
9500 CENTER STREET
MANASSAS VA 20110

Date: August 6, 2026
BNC#: 26S1527A75138 DI

0000021 00000021 3 SP 0.820 SI6LNA T1 P1
SSI M06 07/30 A39
STEVEN A GOFORTH
42020
VILLAGE CENTER PLAZA
STE 120 PMB 721
STONE RIDGE VA 20105

*090IANN8E00D451* SI6LNA 0000021 0100000000

On March 31, 2026, we made a decision on the request for reconsideration that you filed on a Supplemental Security Income (SSI) claim dated December 28, 2024. The decision was that you meet the medical requirements to receive SSI. We now find that you meet the non-medical rules. Because of this, you are eligible for SSI as of December 2024 based on being disabled.

The rest of this letter explains your current monthly payment, your back payments, how we figured your payment amount, information about Medicaid, your reporting responsibilities, and your appeal rights.

## Your Current Monthly Payment

Your current monthly payment is [redacted] for September 2026. This amount will continue unless there is a change in the information we use to determine your SSI eligibility and payment amount.

## Your Back Payments

| From | Through | Monthly Payment Amount | Total |
|---|---|---|---|
| January 2025 | December 2025 | [redacted] | [redacted] |
| January 2026 | July 2026 | [redacted] | [redacted] |
| August 2026 | August 2026 | [redacted] | [redacted] |
| | Total Back Payments Due To You | | [redacted] |

See Next Page

SSA-L8025

*0902ANN8E000451* SI6LN A 0000021

The person must not be eligible to have the debts or expenses paid by anyone else. This includes any local, State, or Federal agency, and private arrangements with a person or business, such as an insurance company.

If either of these situations applies to you, you should call us right away at the telephone number shown at the end of this letter.

**When You Will Receive Your Payments**

- Your bank or other financial institution should have received a payment of [redacted] by August 6, 2026. This payment covers January 2025 through May 2025.
- Your bank or other financial institution will receive your monthly payment of [redacted] around September 1, 2026, and on the first of each month after that.

**Information Used To Determine Your Payments**

We based the decision on these facts:

- You meet all the rules to be eligible for SSI beginning December 28, 2024. Our rules do not allow us to pay SSI until the month after you first meet all of our eligibility rules. Therefore, the first month we can pay you is January 2025.
- You were found disabled on December 28, 2024.
- SSI is a Federal program. However, some States give us money to add to the SSI payments. When you are eligible for SSI, payments may include Federal money, State money, or both.
- The amount of SSI we pay depends on your living arrangements. Your living arrangements are where you live, with whom you live, and how your food or shelter expenses are paid. Based on the information we have, your Federal living arrangement is:

  -- Category A for January 2025 on

  Please see the enclosed "Fact Sheet on SSI Federal Living Arrangement Categories" for a description of this Federal living arrangement category and others.
- You were living in the State of Virginia for December 2024 on.
- The amount of money we pay you from the State where you live depends on its rules.

  You are living in the State of Virginia for January 2025 on. We do not pay money for the State of Virginia.

## Things You Should Know

- The application you filed for SSI was also a claim for Social Security benefits. We looked into this, and decided you can't get any Social Security benefits. If you disagree with the decision, you have the right to appeal. A case review, described later in this letter, is the only kind of appeal you can have regarding Social Security benefits.

- Would you like to work? If so, you should know about special SSI rules. These rules can help you keep Medicaid and may help you keep getting some SSI even though you are working. The enclosed fact sheet tells you more about special SSI rules for people who work.

## Disability Review

We decided that you are disabled according to our rules. While we realize that your health may not improve, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your SSI will continue if you are still disabled, but will end if you are no longer disabled.

## If You Disagree

If you disagree with this decision, you have the right to appeal. A person who did not make the first decision will decide the appeal. We call this appeal a reconsideration. When you appeal, we review your entire case, even the parts with which you agree. We consider any new facts we have and then make a new decision. The new decision could be more favorable, less favorable, or the same as the one you already have.

## Time To File An Appeal

- You have 60 days to file an appeal.

- The 60 days start the day after you get this letter. We will assume you got this letter 5 days after the date on the letter, unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to file an appeal.

## How To Appeal

You must request the appeal in writing. You can go to www.ssa.gov/non-medical/appeal to complete and submit the "Request for Reconsideration" form, SSA-561-U2 online. You may also contact us by phone to request the form or go to our website at www.ssa.gov/forms to locate the form. If you need help with the form, please call us.

There are 2 types of appeals. In most cases, you can choose the one you want.