**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| STEVEN ANTHONY GOFORTH,<br><br>Plaintiff,<br><br>v.<br><br>LYFT, INC.,<br><br>Defendant. | Civil Action No. 8:26-cv-01610-DKC<br><br>**JURY TRIAL DEMANDED**<br>Hon. Deborah K. Chasanow |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to File First Amended Complaint, the Memorandum in Support, and the record, and the Court finding that the First Amended Complaint may be filed as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B) or, in the alternative, that justice so requires under Rule 15(a)(2), it is this ______ day of ______________, 20____, by the United States District Court for the District of Maryland, ORDERED as follows:

1. The First Amended Complaint is confirmed as filed as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B) or, in the alternative, Plaintiff's Motion for Leave to File First Amended Complaint is GRANTED under Rule 15(a)(2). RiderTainment LLC is joined as a plaintiff on Count VII only.

2. Under Local Rule 103.1.d, Plaintiff is granted leave to file the First Amended Complaint, with its exhibits and tab pages, at the length submitted.

3. To the extent leave is granted under paragraph 1, the Clerk shall file the First Amended Complaint submitted with the Motion, with its exhibits, as of the date of this Order.

4. To the extent leave is granted under paragraph 1, the First Amended Complaint is deemed served under Local Rule 103.6.a on the date of this Order.

5. Under Federal Rule of Civil Procedure 21, Count VII and Count VIII of the First Amended Complaint are SEVERED from Counts I through VI.

6. The Clerk shall assign each severed count its own civil action number, and each severed action shall be related to this action under Local Rule 103.1.b. Count VII is the claim of RiderTainment LLC, which may appear only through counsel under Local Rule 101.1.a. Count VIII is the claim of Plaintiff Steven Anthony Goforth.

7. In the severed action on Count VIII, Plaintiff is granted leave to proceed without prepaying fees or costs under 28 U.S.C. § 1915(a)(1), on his Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), Form AO 239. In the alternative, Plaintiff may file that application in the severed action within ninety (90) days after the Clerk assigns its number, and the severed action shall not be dismissed or delayed for want of prepayment while the application is pending.

8. The severed actions are STAYED in conjunction with discovery in Civil Action No. 8:26-cv-01610-DKC, and/or Plaintiff's surgery and recovery, as stated in paragraph 10A of the Motion.

___________________________________

Hon. Deborah K. Chasanow
United States District Judge