IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STEVEN ANTHONY GOFORTH, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 8:26-cv-01610-DKC |
| LYFT, INC., | * | |
| Defendant. | * | |

* * * * * *

**ORDER TERMINATING PRO BONO SETTLEMENT COUNSEL**

This case was referred to me for settlement (ECF No. 19). After conferring with the parties, I have determined that the case is not in a posture for a meaningful settlement conference. Because the Court declines to schedule a settlement conference, Plaintiff's pro bono settlement counsel, Alan B. Neurick, is hereby relieved of his duties. The Order Appointing Pro Bono Counsel (ECF No. 22) is **VACATED**. The Clerk of Court is directed to **TERMINATE** Mr. Neurick's appearance as counsel for Plaintiff from the docket.

Date: November 17, 2026

/s/
Timothy J. Sullivan
Chief United States Magistrate Judge